**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2017 APR 19 PM 4:45

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL WAYNE PARSONS,<br><br>Defendants | 4:17CR 3038<br><br>INDICTMENT<br><br>18 U.S.C. § 922(g)(1) |

The Grand Jury charges:

At all times relevant to this indictment:

## COUNT I

On or about the 11th day of ~~February,~~ January [JS/JT], 2017, in the District of Nebraska, MICHAEL WAYNE PARSONS, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: aggravated assault on November 23, 2009, in the Circuit Court of Tipton County, Tennessee, did knowingly possess in and affecting interstate commerce a firearm and ammunition, that is, a Rock River 5.56 LAR-15 assault rifle, 637 rounds of ammunition (87 rounds of .223 ammunition further identified as Light Armor Piercing ammunition and 550 rounds of .300 Blackout ammunition), said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1).

A TRUE BILL.

FOREPERSON

1

The United States of America requests that trial of this case be held at Lincoln, Nebraska, pursuant to the rules of this Court.

JAN W. SHARP
Assistant U.S. Attorney