

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | May 1, 2017 |
| U.S. v. MICHAEL WAYNE PARSONS 4:17CR3038 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | AUSA JAN W. SHARP |

Be advised that the above named Defendant is now in custody.  You may now unseal as

follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☒      Unseal the Indictment and any underlying Magistrate Case

☐      Unseal the Magistrate Case

☐      Unseal the Indictment but the underlying Complaint and Affidavit should remain

   **Restricted**

☐      Unseal the Magistrate Case but the underlying Complaint and Affidavit should remain

   **Restricted**