IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL PARSONS,<br><br>　　　　　Defendant. | 4:17CR3038<br><br>MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

1.  The defendant is presently incarcerated in the Tipton County Jail, Covington, Tennessee, in the custody of the Warden of said facility.

2.  It is necessary that the said defendant be before the Honorable Cheryl R. Zwart for a hearing beginning on or after 26th day of October, 2017, at 2:00 P.M.

3.  The requested Writ is for a federal proceeding unrelated to any criminal charges currently pending in state court.

WHEREFORE, the petitioner prays that the Clerk of this Court be ordered to issue a Writ of Habeas Corpus Ad Prosequendum to the Warden of the Tipton County Jail, the Federal Bureau of Investigation, and the United States Marshals Service for the appearance of said defendant as requested above and for such other proceedings as the Court may direct.

　　　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA, Plaintiff

　　　　　　　　　　　　　　　　　　　　ROBERT C. STUART
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　　　　　District of Nebraska

　　　　　　　　　　　　　　　　　　　　By:　s/ Jan W. Sharp

2

JAN W. SHARP (#16934)<br>
Assistant U.S. States Attorney<br>
1620 Dodge Street, Suite 1400<br>
Omaha, NE 68102-1506<br>
Tel:  (402) 661-3700<br>
Fax:  (402) 661-3084<br>
E-mail: jan.sharp@usdoj.gov

CERTIFICATE OF SERVICE

     I hereby certify that on September 12, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record

s/ Jan W. Sharp<br>
Assistant U.S. Attorney

2