IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3038 |
| vs. | |
| MICHAEL WAYNE PARSONS, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) The government's motion to continue Defendant's initial appearance, (Filing No. 9), is granted.

2) The government shall contact my courtroom deputy (Jeri Bierbower at (402) 437-1905) when Defendant arrives in the District of Nebraska to promptly schedule Defendant's initial appearance.

October 17, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge