IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3038 |
| vs. | |
| MICHAEL WAYNE PARSONS, | ORDER |
| Defendant. | |

Pending the identity, detention, and motion to compel hearing scheduled for December 20, 2017,

IT IS ORDERED:

1) The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

2) Defendant shall submit to processing by the federal Marshal, to include fingerprinting, photographs and DNA testing.

3) To assure Defendant will not pose a risk of spreading tuberculosis within the jail population, the Marshal is permitted to hold Defendant in segregated custody pending the outcome of the hearing on December 20, 2017.

December 18, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge