IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL WAYNE PARSONS, <br><br> Defendant. | **4:17CR3038** <br><br> ORDER |

Defendant currently lacks employment, and while he will not and did not specifically request an attorney, he did demand all the rights afforded to him under the Constitution. The court finds the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

Accordingly,

IT IS ORDERED:

1) The Federal Public Defender for the District of Nebraska is appointed, and John Vanderslice shall promptly enter an appearance as counsel for the above named defendant.

2) The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and to the appointed attorney.

3) The Court thanks Mr. Vanderslice for his willingness to serve as Defendant's appointed counsel.

December 18, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge