IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL WAYNE PARSONS,<br><br>　　　　　　　Defendant. | **WITNESS LIST**<br><br>Case No.　4:17CR3038<br>Deputy:　　Jeri Bierbower<br>Reporter:　Digital Recorder<br>Date:　　　December 20, 2017 Motion to Compel Hearing |
|---|---|

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Aaron Crooks | 12/20/2017 |
|  |  |

FOR DEFENDANT:

| Name | Date |
|---|---|
|  |  |
|  |  |