IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>MICHAEL WAYNE PARSONS,<br>Defendant. | CASE NO: **4:17CR3038**<br><br>**ORDER** |

After convening an identity hearing and receiving evidence from both the government and the arrestee,

IT IS ORDERED that the arrestee presented to the court on the above-referenced indictment—who identifies himself as Ambassador Parsons—is the named defendant, Michael Wayne Parsons.

Dated December 20, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge