IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL WAYNE PARSONS,<br>　　　　　Defendant. | CASE NO: **4:17CR3038**<br><br>**ORDER ON<br>APPOINTMENT OF COUNSEL** |

　　　　After appointing John Vanderslice as defense counsel in this case, (Filing No. 19), Defendant directed Mr. Vanderslice to not enter an appearance for Defendant, arguing that by doing so, Mr. Vanderslice would be conceding that the United States has subject matter jurisdiction over the Defendant in this action. Mr. Vanderslice moved to withdraw his prior entry of appearance.

　　　　The court granted Mr. Vanderslice's motion, but appointed him as Defendant's standby counsel. Mr. Parsons objected, stating he has a right to an attorney.

　　　　While Defendant he has the right to an attorney, that attorney cannot represent Defendant in this forum without entering an appearance as Defendant's attorney.

　　　　Defendant was advised that if he wants an attorney in this case, whether appointed or retained, he must permit that attorney must enter an appearance on Defendant's behalf. He was further advised that if he wants a court-appointed attorney, he must complete and sign a financial affidavit. To respect and preserve Defendant's confidentiality regarding his financial status, the completed financial affidavit will not be provided to the government and will be filed under seal. The court advised Defendant that is he completes and signs a financial affidavit and presents it to the court for consideration, the court will interpret receipt of the completed financial affidavit as Defendant's request for a court-

appointed attorney and will determine whether Defendant is entitled to court-appointed counsel based on that document.

Accordingly,

IT IS ORDERED:

1) John Vanderslice's motion to withdraw as Defendant's court-appointed counsel is granted, but he is appointed as standby counsel for Defendant. The clerk shall modify the court's docket sheet accordingly.

2) Whether Defendant retains an attorney or obtains a court-appointed attorney, Defendant is ordered to permit that attorney to enter an appearance in this court as the attorney for Defendant. Defendant is advised that an attorney's entry of appearance will not waive Defendant's right to challenge this court's subject matter jurisdiction over the charges in the indictment, and it will not waive Defendant's right to demand that the indictment be dismissed.

3) If Defendant wants a court-appointed attorney, he must complete and sign the financial affidavit and present it to the court for consideration. Defendant may forward this completed and signed financial affidavit to the court either through his standby counsel, or by mailing it to:

> Clerk of the Court
> United States District Court for the District of Nebraska
> 100 Centennial Mall North, Room 593
> Lincoln, NE  68508-3803

4) The clerk shall provide a copy of this order, with the attached financial affidavit, to Defendant.

Dated December 20, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

| | | |
|---|---|---|
| CJA 23<br>(Rev. 11/11) | **FINANCIAL AFFIDAVIT**<br>IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE | |

**IN THE UNITED STATES** ☐ DISTRICT COURT  ☐ COURT OF APPEALS  ☐ OTHER *(Specify below)*

IN THE CASE OF

_____ v. _____

FOR _____

AT _____

LOCATION NUMBER

PERSON REPRESENTED *(Show your full name)*

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)* _____

DOCKET NUMBERS
Magistrate Judge
District Court
Court of Appeals

CHARGE/OFFENSE *(describe if applicable & check box →)*  ☐ Felony  ☐ Misdemeanor

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed?  ☐ Yes  ☐ No  ☐ Self-Employed
Name and address of employer: _____
**IF YES**, how much do you earn per month? $ _____
**IF NO**, give month and year of last employment? _____
How much did you earn per month? $ _____
If married, is your spouse employed?  ☐ Yes  ☐ No
**IF YES,** how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No
**RECEIVED**  **SOURCES**
**IF YES,** give the amount received and identify the sources
$ _____
$ _____
$ _____

**CASH**  Do you have any cash on hand or money in savings or checking accounts?  ☐ Yes  ☐ No  **IF YES,** total amount? $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No
**VALUE**  **DESCRIPTION**
**IF YES,** give value and description for each
$ _____
$ _____
$ _____
$ _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
Single
Married
Widowed
Separated or Divorced
Total No. of Dependents
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
*(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct.

_____  _____
SIGNATURE OF DEFENDANT  Date
*(OR PERSON REPRESENTED)*