IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA,<br>           Plaintiff,<br><br>vs.<br><br>MICHAEL WAYNE PARSONS,<br>           Defendant. | CASE NO: **4:17CR3038**<br><br>**ORDER ON<br>MOTION TO RECUSE** |
|---|---|

Defendant asserts the undersigned magistrate judge is biased and must withdraw because she reviewed and signed a warrant affidavit for this case.

Pursuant to 28 U.S.C. § 455(a), "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned."

Upon consideration of Defendant's argument,

IT IS ORDERED that Defendant's motion to recuse is denied.

Dated December 21, 2017.

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge