U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOTICE OF APPEAL (NOA) SUPPLEMENT
**DISTRICT OF NEBRASKA**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

**Caption**:   **Case Number**:

USA v. Parsons   4:17CR3038-JMG-CRZ

**Appellant**:

Michael Wayne Parsons, Pro Se

**Attorney(s)**:

John C. Vanderslice, Standby Counsel, CJA Appointment
FEDERAL PUBLIC DEFENDER'S OFFICE - LINCOLN
100 Centennial Mall North
112 Federal Building
Lincoln, NE 68508
(855) 664-9214

**Appellee:**

USA

**Attorney(s)**:

Jan W. Sharp
U.S. ATTORNEY'S OFFICE - OMAHA
1620 Dodge Street
Suite 1400
Omaha, NE 68102-1506
(402) 661-3700

**Court Reporter(s)**:

N/A

**Please return files and documents to**:

Lincoln

**Person to contact about the appeal**:

Kristy Furey

| **Length of Trial** | **Fee** | **IFP** | **Pending IFP** |
|---|---|---|---|
| N/A | N | Y | N |

| **Counsel** | **Pending Motions** | **Local Interest** | **Simultaneous Release?** |
|---|---|---|---|
| Pro Se | N | N | N |

**Criminal Cases/Prisoner Pro Se Cases only**:

**Is defendant incarcerated?**  Y

**Where?**   Saline County Law Enforcement Center
P.O. Box 911
Wilber, NE 68465

**Please list all other defendants in this case if there were multiple defendants**
N/A

**Special Comments**: Interlocutory Appeal

Forms-Appeal-NOA_Supplement
Approved Date: 12/22/14