18-1043  United States v. Michael Parsons

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 01/05/2018

**Case Name:**    United States v. Michael Parsons
**Case Number:**  18-1043

**Docket Text:**
CRIMINAL case docketed. [4617274] [18-1043]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

Mr. Michael Wayne Parsons
SALINE COUNTY JAIL
30237-047
P.O. Box 911
Wilber, NE  68465

**Notice will be electronically mailed to:**

Ms. Denise M. Lucks: docket@ned.uscourts.gov
Mr. Jan W. Sharp: Jan.Sharp@usdoj.gov, carrie.morrill@usdoj.gov,USANE.ECFCriminal@usdoj.gov,CaseView.ECF@usdoj.gov
Mr. John Vanderslice: john_vanderslice@fd.org, aimee_baade@fd.org