PETITIONER

BY SPECIAL APPEARANCE ONLY

AMBASSADOR Michael Parsons OF THE SOVEREIGN TSILHQOT'IN NATION- COUNTRY OF THE CHILCOTIN, A LIVE MAN UNDER DURESS, WITHOUT PREJUDICE, HELD AGAINST MY WILL AT THE SALINE COUNTY JAIL, WILBER NEBRASKA.

TO,

JUDGE JOHN GERRARD

c/o CLERK OF THE U.S. DISTRICT COURT

100 CENTENNIAL MALL, SUITE 587 FEDERAL BUILDING

LINCOLN, NEBRASKA 68508

NOTICE

DEMAND AS A MATTER OF RIGHT, ① REASONABLE ACCOMMODATION FOR UNRESTRICTED, UNCENSORED AND FREE PHONE AND FAX COMMUNICATION WITH THE COURTS, COUNSEL AND WITNESSES, ② ACCESS TO A COMPUTER WITH WESTLAW OR OTHER UPTODATE RULINGS ON CASES, DOCUMENT PREPARATION AND A THUMB DRIVE THAT I KEEP WITH ME TO STORE DOCUMENTS ON. UNRESTRICTED ACCESS TO PEN, PAPER, ENVELOPES AND POSTAGE TO MAIL TO THE COURTS, COUNSEL AND WITNESSES, ③ DISCLOSURE OF THE FORM OF COURT BEING CONDUCTED AGAINST ME. DISCLOSURE OF THE RULES THIS COURT IS UNDER. ④ DISCOVERY FROM THE PLAINTIFF IN A FORM I CAN ACCESS DELIVERED TO ME, ⑤ DISCLOSURE OF THE TRUE NATURE AND CAUSE OF THE ACCUSATION AND ASSISTANCE OF COUNSEL AS PROVIDED AND OR RECOGNIZED BY THE CONSTITUTION FOR THE UNITED STATES VI AMENDMENT, WHEREAS, THE PUBLIC DEFENDER REFUSES TO PROVIDE LEGAL COUNSEL, ANSWER QUESTIONS, TAKE CALLS, RETURN CALLS AND HAS EFFECTIVELY ABANDONED THIS MATTER SINCE JANUARY 03, 2018 AND FAILED TO VISIT ME ON JANUARY 05, 2018 AS AGREED BY MR. STICKMAN, U.S. PUBLIC DEFENDER. OR TRANSFER TO THE ARTICLE III SECTION 2 COURT OR DISMISS THIS MATTER FOR DENIAL OF DUE PROCESS AND OR LACK OF JURISDICTION.

①

## FACTS

**RIGHT 1,2** ON DECEMBER 6, 2017 I WAS TAKEN FROM THE WEST TENNESSEE DETENTION CENTER TO THE LEAVENWORTH DETENTION CENTER AND THEN TAKEN TO THE SALINE COUNTY JAIL ON DECEMBER 13, 2017. EVERY TIME I AM MOVED ALL OF THE WORK PRODUCT I HAVE MADE IS LEFT BEHIND ON THOSE FACILITIES COMPUTERS. THE SALINE COUNTY JAIL ADMINISTRATOR ADVISED HE CAN ONLY ACCOMMODATE MY NEEDS WITH A COURT ORDER. OTHERWISE, ALL PHONE CALLS ARE RECORDED, COST $4.00 PER CALL (15 MINUTES) AND NO ACCESS TO FAXES, COMPUTER, WESTLAW, FEDERAL COURT RULES, THUMB DRIVE AND I CAN ONLY ACCESS A PEN AT LIMITED TIMES WHEN THE MULTI-PURPOSE ROOM IS AVAILABLE. I WAS INFORMED THAT THE FBI HAS MY COMPUTER SINCE ILLEGALLY ACQUIRED ON MAY 01, 2017 OR THERE ABOUT IN VIOLATION OF THE VIENNA CONVENTION ON DIPLOMATIC RELATIONS (8 APRIL 1961, ENTERED INTO FORCE ON 24 APRIL 1964 UNITED NATIONS, TREATY SERIES, VOL. 500, P. 95. ARTICLE 24, "THE ARCHIVES AND DOCUMENTS OF THE MISSION SHALL BE INVIOLABLE AT ANY TIME AND WHEREVER THEY MAY BE." ARTICLE 30," 1. THE PRIVATE RESIDENCE OF A DIPLOMATIC AGENT SHALL ENJOY THE SAME INVIOLABILITY AND PROTECTION AS THE PREMISES OF THE MISSION. 2. HIS PAPERS, CORRESPONDENCE AND, EXCEPT AS PROVIDED IN PARAGRAPH 3 OF ARTICLE 31, HIS PROPERTY, SHALL LIKEWISE ENJOY INVIOLABILITY." ARTICLE 22, "THE PREMISES OF THE MISSION SHALL BE INVIOLABLE. THE AGENTS OF THE RECEIVING STATE MAY NOT ENTER THEM, EXCEPT WITH THE CONSENT OF THE HEAD OF THE MISSION.", WAS VIOLATED BY THE FBI AGENTS WHO RIPPED THE DOORS OF MY HOME WHICH IS ALSO THE MISSION OF THE SOVEREIGN TSILHQOT'IN NATION, AND STOLE MY COMPUTER. RETURNING IT TO ME HERE WOULD ACCOMMODATE ACCESS TO A COMPUTER FOR DOCUMENT PREPARATION, LISTENING TO AUDIO RECORDINGS AND OTHER DISCOVERY NOT YET PROVIDED TO ME TODAY LESS THAN 1 WEEK FROM THE DEADLINE FOR PRETRIAL MOTIONS, JANUARY 17, 2018. DENYING ACCESS TO THE COURT, COUNSEL AND WITNESS IS DENIAL OF DUE PROCESS.

**RIGHT 3** NEITHER THE COURT, (JUDGE ZWART) OR APPOINTED COUNSEL WILL DISCLOSE THE FORM OF



OF COURT BEING CONDUCTED AGAINST ME, OR DISCLOSURE OF THE RULES THIS COURT IS UNDER. DENYING KNOWLEDGE OF THE FORM OF COURT BEING CONDUCTED AND THE RULES THAT COURT (THIS COURT) IS UNDER IS DENIAL OF DUE PROCESS.

RIGHT 4   THE ASSISTANT U.S. ATTORNEY DID NOT PROVIDE ME WITH DISCOVERY. HE, ACCORDING TO ASSISTANT PUBLIC DEFENDER JOHN VANDERSLICE, GAVE HIM A THUMB DRIVE WITH FILES JOHN CANNOT ACCESS. MR. VANDERSLICE REFUSE TO PROVIDE ME WITH THE DRIVE AND REFUSED TO EMAIL IT TO MY (ATTORNEY-IN-FACT) WHO COULD DOWNLOAD THE FILES AND MAIL THEM TO ME. THEREFORE, DISCOVERY HAS BEEN EFFECTIVELY DENIED. DENYING DISCOVERY TO PETITIONER DIRECTLY, TIMELY AND IN A FORM THAT IS ACCESSABLE IS DENIAL OF DUE PROCESS.

RIGHT 5   TO DATE, THE COURT, PLAINTIFF AND COURT APPOINTED COUNSEL HAVE FAILED AND OR REFUSED TO DISCLOSE THE TRUE NATURE AND CAUSE OF THE ACCUSATION AND THOUGH I ADVISED THE COURT I DO NOT WAIVE ANY OF MY RIGHTS, ASSISTANCE OF COUNSEL HAS EFFECTIVELY BEEN DENIED. ON JANUARY 3, 2018 PETITIONER ADVISED PUBLIC DEFENDER STICKMAN THAT HIS ASSISTANT VANDERSLICE REFUSED TO ANSWER MY CALLS, QUESTIONS, PROVIDE ME WITH DISCOVERY OR COPIES OF HIS EMAIL CORRESPONDENCE WITH THE COURT, U.S. ATTORNEY, U.S. MARSHAL AND OTHERS PERTAINING TO THIS MATTER OR FORWARD THEM TO MY WIFE WHO COULD PRINT THEM OFF AND MAIL TO ME. AND THAT AT THE 1ST MEETING WITH MR. VANDERSLICE, HE ADVISED ME HE DID NOT LIKE GUN CASES BECAUSE HE DID NOT BELIEVE THE PUBLIC SHOULD HAVE GUNS, IMPLYING JUST POLICE AND MILITARY, THAT IS, "THE GOVERNMENT SHOULD HAVE THEM." HE REFERED TO PETITIONER AS A "SOVEREIGN CITIZEN" EVEN THOUGH WHEN ASKED HE COULD NOT OR WOULD NOT DEFINE WHAT A "SOVEREIGN CITIZEN" WAS. HE SAID HE DID NOT NEED THIS CASE AS HE HAD TO MANY ALREADY. UPON ENTERING THE UNDISCLOSED FORUM ON DECEMBER 18, 2017, MR. VANDERSLICE ASKED TO WITHDRAW DUE TO AN UNDEFINED CONFLICT OF INTEREST. THE COURT WITHDREW HIS APPOINTMENT BUT THEN APPOINTED HIM AS "STANDBY COUNSEL".

③

I advised Mr. Stickman that although I objected, that I never waived my right to counsel nor did I authorize his appointment prior to the hearing that I was never given advanced notice of, the court ignored me. Mr. Stickman said, "Your right, but it's what the court does to get you into their system." I then advised him that the court said I would have to provide a financial statement signed under penalty of perjury if I wanted legal counsel appointed. I said that was just a collusion by the judge to force me to disclose personal information and create a contract whereby they could put me in a cage if they claimed my information was wrong, I said its a rigged game. He agreed. I advised him that since December 18, 2017 Vanderslice has only visited me once, and he will not answer my questions. I asked if a different counselor was available since everytime I had talked to Vanderslice all he would say is, I have to many other clients to do anything for you. Mr. Stickman said he would not provide anyone else and when I asked Mr. Stickman the questions Vanderslice would not answer Mr. Stickman said "I can not give you legal advice." The right to assistance of counsel means conflict free and effective assistance of counsel, Vanderslice is neither.

Therefore, by special appearance only, petitioner, Amibassador Michael Parsons of the sovereign Tsilhqot'in Nation - Country of the Chilcotin, a live man under duress, without prejudice currently held against my will at the Saline County Jail in Wilber Nebraska demand as a matter of right these listed rights and an order to then effect sent to the Saline County Jail to my attention or transfer this matter to the article III Sect 1or 2 court or dismiss this matter for denial of due process and or lack of jurisdiction.

4.

CERTIFICATE OF SERVICE

Petitioner, Ambassador Michael Parsons of the Sovereign Tsilhqot'in Nation - Country of the Chilcotin, hereby certify that the foregoing is true and correct to the best of my knowledge and that the foregoing has been given to the correctional officer for placement into the institutional mail system this January 10, 2018 at the Saline County Jail in Wilber Nebraska and addressed to the Honorable Judge John Gerrad, c/o Clerk of the Court of the United States, 100 Centennial Mall Suite 587 Federal Building, Lincoln Nebraska 68508. Per Federal Rules is deemed filed today January 10, 2018.

Under Duress Without Prejudice

[signature]

Ambassador Michael Parsons
Tsilhqot'in Nation - Country of the Chilcotin
c/o Saline County Jail
911 South Main
Wilber, Nebraska 68465

(5)

**Saline County Jail**
*Inmate Mail Uncensored*
From ~~Inmate~~: AMBASSADOR Michael Parsons
P. O. Box 911
Wilber, NE 68465

OFFICIAL CORRESPONDENCE
LEGAL MAIL
1/10/2018



**RECEIVED**

JAN 1 2 2018

**JOHN M. GERRARD**
U.S. District Judge

HONORABLE JUDGE GERRARD
C/O CLERK OF THE UNITED STATES DISTRICT COURT
100 CENTENNIAL MALL, SUITE 587 FEDERAL BUILDING
LINCOLN, NEBRASKA 68508

6850$3859 C009

LEGAL MAIL