

**U.S. Department of Justice**

*United States Attorney*
*District of Nebraska*

*1620 Dodge Street, Suite 1400*
*Omaha, Nebraska 68102-1506*
*PH: (402) 661-3700*
*FAX: (402) 661-3084*

December 29, 2017

Michael Parsons
30237-047
CJ-SALINE, Saline County Law Enforcement Center
P.O. Box 911
Inmate Mail
Wilber, NE 68465

Re:   **United States v. Michael Parsons**, 4:17CR3038

Dear Mr. Parsons:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed is one thumb drive of discovery material.

Contained on the thumb drive are the following:

A. File folders containing audio, video and/or photographs labeled:

1. CART Results
2. CHS Phone Records
3. Docs from Sue Holland
4. FBI 1D3
5. FBI 1D4
6. FBI 1D5
7. FCSO Mtg w Todd Weverka
8. FCSO Pics from arrest of Mike Parsons
9. Furnas Co jail calls
10. HAWK
11. Image MJPEG
12. Intercepts S 81432 & Anthony Todd Warvka
13. Intercepts S 31432 and Suzanne Holland
14. Phelps Co Jail calls
15. S-00081432 Anthony Todd Weverka Suzanne Holland
16. S-81432 Pat Parsons
17. S-81432 Suzanne Holland
18. TCM

Attachment A

19. Transfer of ford ranger for payments
20. TW Mtg w FCSO Video
21. Weverka calls-interviews-wife calls

B. Bate-stamped searchable PDF labeled "disc 1-484"

**Please return the contained thumb drive to the U.S. Attorney's Office as soon as practically possible.**

The United States realizes its obligation to supplement the Rule 16 discovery materials if and when additional information becomes available. This letter also serves as a formal request, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, for reciprocal discovery by the defendant.

If I can be of any further assistance, please contact me at (402) 661-3700.

Sincerely,

ROBERT C. STUART
Acting United States Attorney

By:   *s/Jan W. Sharp*
JAN W. SHARP
Assistant United States Attorney

JWS/cm

Enclosures