

**U.S. Department of Justice**

*United States Attorney*
*District of Nebraska*

*1620 Dodge Street, Suite 1400*
*Omaha, Nebraska 68102-1506*
*PH: (402) 661-3700*
*FAX: (402) 661-3084*

January 3, 2018

Michael Parsons
30237-047
CJ-SALINE, Saline County Law Enforcement Center
P.O. Box 911
Inmate Mail
Wilber, NE 68465

Re:   **United States v. Michael Parsons, 4:17CR3038**

Dear Mr. Parsons:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed is one CD of additional discovery material.

1. CD labeled 2665-ME-7446719 Two phone calls from Mike Parsons to Pat Parsons – Lincoln, NE
   a. Track01.cda
   b. Track02.cda

The United States realizes its obligation to supplement the Rule 16 discovery materials if and when additional information becomes available. This letter also serves as a formal request, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, for reciprocal discovery by the defendant.

If I can be of any further assistance, please contact me at (402) 661-3700.

Sincerely,

ROBERT C. STUART
Acting United States Attorney

By:   *s/Jan W. Sharp*
      JAN W. SHARP
      Assistant United States Attorney

JWS/cm
Enclosures

Attachment B