

# Office of the
## FEDERAL PUBLIC DEFENDER
## FOR THE DISTRICT OF NEBRASKA

David R. Stickman  
Federal Public Defender

112 Federal Building  
100 Centennial Mall North  
Lincoln NE 68508

(855) 664-9214  
Fax: (402) 221-7827



January 10, 2018

Jan Sharp  
United States Attorney's Office  
1620 Dodge Street  
Suite 1400  
Omaha, NE 68102-1506

RE: <u>U.S. v. Michael Parsons</u>, Case No. 4:17CR3038: Return of thumb drive and CD

Dear Jan:

    Enclosed please find the thumb drive and CD that were earlier sent to me regarding the discovery in this case. After further consultation with Mr. Stickman, please note that the Federal Defender's office will no longer be the recipient of material you wish to be provided to Mr. Parsons. You will thus need to communicate directly with Mr. Parsons about future case related matters.

    With regard to the enclosures, I am returning the thumb drive and CD because they contain audio recordings that I am unable to provide to Mr. Parsons in any meaningful way (i.e., he has no way to listen to the audio at the jail). Also, there were files on the thumb drive that my office was unable to open (primarily related to cell phone data). I would suggest that you provide these materials directly to Mr. Parsons in a hard copy format.

    Please be aware that we did provide to Mr. Parsons hard copy materials of all pdf documents from the thumb drive.

    Finally, I have instructed Mr. Parsons that issues that he may have receiving the discovery materials must be addressed between him, you and the Court.

    Thank you for your attention to this matter.

Sincerely,

John C. Vanderslice  
Assistant Federal Public Defender

JCV:ab  
Enclosure  
cc: Michael Parsons

Attachment C