:
:

**From:** Czaplewski, Monte R. (OM) (FBI) [mailto:mczaplewski@fbi.gov]
**Sent:** Thursday, January 18, 2018 4:39 PM
**To:** Jeff Mulbery <jmulbery@sclec-ne.org>; Morrill, Carrie (USANE) <cmorrill@usa.doj.gov>; Iverson, William (USMS) <William.Iverson@usdoj.gov>
**Cc:** adrake@sclec-ne.org; Sharp, Jan (USANE) <JSharp@usa.doj.gov>
**Subject:** RE: Parsons

Just a quick update – Jeff and I just spoke and PARSONS isn't happy about the amount of info on the thumb drive and has made statements that it will take weeks for him to review it.  Jeff and his staff will continue to make reasonable accommodations for PARSONS to review the audio in the jail.

**From:** Jeff Mulbery [mailto:jmulbery@sclec-ne.org]
**Sent:** Thursday, January 18, 2018 1:35 PM
**To:** Morrill, Carrie (USANE) <Carrie.Morrill@usdoj.gov>; Czaplewski, Monte R. (OM) (FBI) <mczaplewski@fbi.gov>; Iverson, William (USMS) <William.Iverson@usdoj.gov>
**Cc:** adrake@sclec-ne.org; Sharp, Jan (USANE) <Jan.Sharp@usdoj.gov>
**Subject:** RE: Parsons

Monte & Carrie

Parsons was taken to another area inside the jail and he was able to listen do the disc.

What would you like me to do with disc?

Jeff Mulbery
Captain
Saline County Sheriff's Office
911 South Main
Wilber, NE 68465

Attachment D