| | |
|---|---|
| **From:** | Czaplewski, Monte R. (OM) (FBI) |
| **To:** | Jeff Mulbery; Morrill, Carrie (USANE); Iverson, William (USMS) |
| **Cc:** | adrake@sclec-ne.org; Sharp, Jan (USANE) |
| **Subject:** | RE: Parsons |
| **Date:** | Friday, January 19, 2018 12:13:37 PM |
| **Attachments:** | image001.png |

All,

Jeff and I just spoke and this is the latest update on PARSONS. PARSONS was allowed to review the items on the thumbdrive using a laptop computer in his cell, while under the supervision of a Correctional Officer (CO). At some point it is believed that PARSONS removed and disposed of the thumb drive. PARSONS has not been cooperating in locating the thumb drive and his cell has been thoroughly searched and PARSONS has been physically searched. It is believed that the thumb drive may have been flushed. Also, it was discovered that PARSONS was able to connect to the WiFi and was on his MikeParsons.org website. It doesn't appear at this time that he posted anything. Also, he downloaded the thumbdrive to a file folder on the laptop prior to disposing/hiding it.

Jeff and the SCSO Staff are addressing any issues with the C.O.'s dealing with PARSONS in the future, however, we needed to update you all on this development.

**From:** Jeff Mulbery [mailto:jmulbery@sclec-ne.org]
**Sent:** Thursday, January 18, 2018 1:35 PM
**To:** Morrill, Carrie (USANE) <Carrie.Morrill@usdoj.gov>; Czaplewski, Monte R. (OM) (FBI) <mczaplewski@fbi.gov>; Iverson, William (USMS) <William.Iverson@usdoj.gov>
**Cc:** adrake@sclec-ne.org; Sharp, Jan (USANE) <Jan.Sharp@usdoj.gov>
**Subject:** RE: Parsons

Monte & Carrie

Parsons was taken to another area inside the jail and he was able to listen do the disc.

What would you like me to do with disc?

Jeff Mulbery
Captain
Saline County Sheriff's Office
911 South Main
Wilber, NE 68465
(402) 821-2111
jmulbery@sclec-ne.org

Attachment E