| | |
|---|---|
| From: | Czaplewski, Monte R. (OM) (FBI) |
| To: | Sharp, Jan (USANE) |
| Cc: | Jeff Mulbery; Lenz, Philip J. (OM) (FBI) |
| Subject: | PARSONS" discovery |
| Date: | Thursday, January 25, 2018 9:23:26 AM |

Jan,

Jeff Mulbery/Saline CSO and I just spoke and we need your guidance. As I mentioned in a previous email, PARSONS was given access to the thumb drive with discovery. PARSONS was allowed to access it on a SCSO laptop in his cell under monitoring by a Correctional Officer. However, somehow PARSONS copied all the discovery files to the laptop and either hid or destroyed the thumb drive. PARSONS has been uncooperative in the SCSO's attempts to locate the thumbdrive. Further, PARSONS was accessing the internet via wi-fi on the laptop. PARSONS' was strip searched and his cell searched and the drive is still missing and he continues to be uncooperative.

Because of these issues, PARSONS has not and will not be allowed to access any computers. In talking with Jeff, this is the only course we believe is possible - SCSO can allow PARSONS to access the computer in the courtroom, at the availability of a dedicated Correctional Officer to directly monitor him, for one hour periods as needed. PARSONS can not use the lap top as it is not known what he did or will do to the files he copied to the laptop of the thumbdrive. It isn't known if he did or will try to manipulate/change any of the files. That however circles back to the original issue - PARSONS did not and will not cooperate with the SCSO efforts to locate the thumbdrive. Is it possible that the FPD can talk to him to advise him that without the thumbdrive SCSO cannot and will not allow him access any computer until this issue is resolved?

Attachment F