UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 18-1043

_____

United States of America

Plaintiff - Appellee

v.

Michael Wayne Parsons

Defendant - Appellant

------------------------------------------------------------------------

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:17-cr-03038-JMG-1)

------------------------------------------------------------------------

**JUDGMENT**

Before GRUENDER, MURPHY and KELLY, Circuit Judges.

The motion of the United States to dismiss this case is granted, and the appeal is dismissed for lack of jurisdiction. The motion to stay the appeal and the Federal Public Defender's motion to decline an appointment in the appeal are denied as moot. The court's mandate will issue in due course.

February 06, 2018

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans