PETITIONER

BY SPECIAL APPEARANCE ONLY

AMBASSADOR Michael Parsons OF THE SOVEREIGN TSILHQOT'IN NATION - COUNTRY OF THE CHILCOTIN, A LIVE MAN UNDER DURESS, WITHOUT PREJUDICE

TO:

CLERK OF THE COURT

100 CENTENNIAL MALL, SUITE 587, FEDERAL BUILDING

LINCOLN, NEBRASKA 68508

NOTICE

PETITIONER, AMBASSADOR Michael Parsons, HEREBY "OBJECTS" TO THE ORDER DOC #46 FILED 01/23/2018 AND RECEIVED 01/24/2018 IN THE MATTER OF UNITED STATES OF AMERICA VS. MICHAEL WAYNE PARSONS 4:17-CR-3038, AND DEMANDS SUPPRESSION OF ALL EVIDENCE AVAILABLE OR KNOWN BY AUSA OR HIS AGENTS WITH THE FBI, U.S. M.S. etc.

HISTORY

1. ON 12/18/2018, THE COURT ORDERED ASSISTANT U.S. ATTORNEY JAN SHARP, (A.U.S.A.) TO PROVIDE DISCOVERY DIRECTLY TO PETITIONER SINCE PETITIONER WAS NOT REPRESENTED BY COUNSEL.

2. ON 12/18/2018, THE COURT ORDERED A.U.S.A. TO PROVIDE DISCOVERY WITHIN (14) DAYS TO PETITIONER WHICH WOULD HAVE BEEN JANUARY 01, 2018. THAT BEING A HOLIDAY, THE DEADLINE WAS JANUARY 02, 2018.

3. NO DISCOVERY WAS RECEIVED BY PETITIONER BY JANUARY 02, 2018.

4. THE A.U.S.A. DID NOT PROVIDE DISCOVERY TO PETITIONER BY JANUARY 02, 2018 AS ORDERED BY THE COURT.

5. A.U.S.A.'S FAILURE TO PROVIDE DISCOVERY HAS PREJUDICED PETITIONER AND WHEREAS PETITIONER DOES NOT WAIVE ANY OF HIS RIGHTS, HEREBY DEMAND SUPPRESSION OF ALL EVIDENCE THAT WAS AVAILABLE, KNOWN OR COULD HAVE BEEN AVAILABLE OR KNOWN BY A.U.S.A, OR ANY AGENCY WORKING WITH A.U.S.A. SPECIFICALLY THE FBI AND U.S.M.S, etc.

6. SINCE OBTAINING INDICTMENT, A.U.S.A. HAD (8) MONTHS TO PREPARE HIS DISCOVERY,

7. On 01/31/2018, A.U.S.A. sent response to petitioners motion to dismiss containing a letters to petitioner dated 12/29/2018 and January 3, 2018. However, those letters were never sent to or received by me. One letter references a "thumb drive" that he claims he wanted sent back to him. In other words, it never was his intention for me to be able to keep discovery. And knowing I am in a jail cell he is responsible for me being in, he knows I would have no control over access to any files on a thumb drive without a computer.

8. In an email referenced in AUSA's response to petitioners' motion to dismiss, FBI Special Agent Czaplewski falsely stated (1) that "Parsons had thumb drive and a laptop in his cell." (2) That "Parsons hid or flushed thumb drive while under the observation of a correctional officer, (3) that Parsons refused to cooperate in locating thumb drive. However, the email from Captain Jeff Mulberry, the source of FBI Special Agent Czaplewski's opinion, never said the thumb drive or laptop was in a cell but in another part of the jail (multi purpose room) Captain Mulberry never said I hid or flushed it and never said I was uncooperative. The fact petitioner was strip searched and his room was searched indicates cooperation.

9. Discovery should have been sent directly to me in a form I can keep, not on loan, which ultimately means it's not mine.

10. A.U.S.A. said, "Parsons was not happy with the amount of information on drive." And, "That it would take weeks to review." However, AUSA Sharp is wrong! Petitioners comment was, with just (1) hour a day to access and review the calls alone, logistically it will take weeks. It was not an expression of feelings, but one of fact.

   Petitioner hereby objects to the order Doc# 46 filed 01/23/2018 and received 01/26/2018 in the matter of United States of America vs. Michael Wayne Parsons 4:17-CR-3038 and demands suppression of all evidence available or known by AUSA or his agents with the FBI, U.S. MS, etc. END

CERTIFICATE OF SERVICE

PETITIONER, AMBASSADOR Michael Parsons of THE SOVEREIGN TSILHQOT'IN NATION - COUNTRY OF THE CHILCOTIN, HERE BY SPECIAL APPEARANCE ONLY, CERTIFY THAT THE FORGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND THAT THE FORGOING HAS BEEN GIVEN TO THE OFFICER FOR PLACEMENT INTO THE INSTITUTIONAL MAIL SYSTEM AT THE SALINE COUNTY JAIL IN WILBER NEBRASKA AND ADDRESSED TO THE CLERK OF THE U.S. DISTRICT COURT, 100 CENTENNIAL MALL SUITE 587 FEDERAL BUILDING, LINCOLN NEBRASKA 68508. PER FEDERAL RULES IS DEEMED FILED TODAY, FEBRUARY 01, 2018.

UNDER DURESS, WITHOUT PREJUDICE,

_[signature]_ 02/01/2018

AMBASSADOR Michael Parsons
TSILHQOT'IN NATION
COUNTRY OF THE CHILCOTIN

c/o SALINE COUNTY JAIL, P.O. BOX 911 WILBER NEBRASKA 68465

_[signature: Christina Stahl]_

NOTARY

MY COMMISSION EXPIRES November 16, 2018

State of Nebraska - General Notary
CHRISTINA STAHL
My Commission Expires
November 16, 2018

RECEIVED
FEB 08 2018
CLERK
U.S. DISTRICT COURT
LINCOLN

OFFICIAL CORRESPONDENCE
02/01/2018

**Saline County Jail**
*Inmate Mail Uncensored*
From ~~Inmate~~: AMBASSADOR Michael Parsons
P. O. Box 911
Wilber, NE 68465



FILED Received
US DISTRICT COURT   DKM
DISTRICT OF NEBRASKA

FEB 08 2018

OFFICE OF THE CLERK

CLERK OF THE COURT
U.S. DISTRICT COURT
100 CENTENNIAL MALL, SUIT 587, FEDERAL BUILDING
LINCOLN, NEBRASKA 68508

68508-385999