# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:17CR3038 |
| vs. | |
| MICHAEL WAYNE PARSONS, | ORDER |
| Defendant. | |

To afford Defendant sufficient time to review the government's evidence,

IT IS ORDERED that any additional evidence or arguments by Defendant in support of his motion to transfer this case to the North Platte trial docket shall be filed on or before February 28, 2018.

February 9, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge