FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 FEB 15  PM 3:08

PETITIONER

BY SPECIAL APPEARANCE ONLY

AMBASSADOR Michael Parsons OF THE SOVEREIGN TSILHQOT'IN NATION - COUNTRY OF THE CHILCOTIN, A LIVE MAN UNDER DURESS, WITHOUT PREJUDICE TO:

U.S. DISTRICT JUDGE
c/o CLERK OF THE COURT
100 CENTENNIAL MALL, SUIT 587, FEDERAL BUILDING
LINCOLN, NEBRASKA 68508

NOTICE

THE UNITED STATES MARSHAL SERVICE AND THE SALINE COUNTY JAIL HAVE ADVISED THAT A COURT ORDER IS REQUIRED BY YOU BEFORE THEY WILL COORDINATE WITH THE TENNESSEE BOARD OF PAROLE AND PROBATION FOR THE PAROLE HEARING SCHEDULED FOR FEBRUARY 21, 2018 VIA TELECONFERENCE. THE JAIL AT SALINE COUNTY HAS CONFIRMED THEY HAVE DONE THIS MANY TIMES, BUT IN MY CASE THEY NEED AN ORDER DIRECTING THE USMS. TO ASK THEM TO DO IT AND COORDINATE WITH TBOPP.

RESPECTFULLY SUBMITTED

*[signature]*

AMBASSADOR Michael Parsons
TSILHQOT'IN NATION - COUNTRY OF THE CHILCOTIN

CERTIFICATE OF SERVICE

PETITIONER, AMBASSADOR Michael Parsons OF THE SOVEREIGN TSILHQOT'IN NATION - COUNTRY OF THE CHILCOTIN, HEREBY SPECIAL APPEARANCE ONLY, CERTIFY THAT THE FORGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND THAT THE FORGOING HAS BEEN GIVEN TO THE OFFICER FOR PLACEMENT INTO THE INSTITUTIONAL MAIL SYSTEM AT THE SALINE COUNTY JAIL IN WILBER NEBRASKA AND ADDRESSED TO THE 8TH CIRCUIT COURT OF THE UNITED STATES, 111 SOUTH 10TH STREET, ROOM 24.329 ST. LOUIS, MISSOURI 63102.

UNDER DURESS, WITHOUT PREJUDICE

2/12/2018

AMBASSADOR Michael Parsons
TSILHQOT'IN NATION -
COUNTRY OF THE CHILCOTIN

c/o SALINE COUNTY JAIL, P.O. BOX 911 WILBER NEBRASKA 68465

NOTARY

MY COMMISSION EXPIRES   1-8-19

Saline County Jail
*Inmate Mail Uncensored*
From Inmate: AMBASSADOR Michael Parsons
P.O. Box 911
Wilber, NE 68465

OFFICIAL CORRESPONDENCE
LEGAL MAIL
2/9/2018

OMAHA NE 681
13 FEB 2018 PM 5 L

JUDGE CHERYL ZWART
c/o CLERK OF THE COURT
100 CENTENNIAL MALL, SUITE 587 FEDERAL BUILDING
LINCOLN, NEBRASKA 68500

6850838859 C009

LEGAL MAIL