IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:17CR3038** |
| vs. | |
| MICHAEL WAYNE PARSONS, | **ORDER** |
| Defendant. | |

Defendant's notice, (Filing No. 66), that a court order is required to coordinate Defendant's appearance before a Tennessee Board of Parole by videoconference on February 21, 2018, interpreted as a motion for such order, is denied.

February 22, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge