PETITIONER

BY SPECIAL APPEARANCE ONLY

AMBASSADOR, Michael Parsons OF THE SOVEREIGN TSILHQOT'IN NATION-COUNTRY OF THE CHILCOTIN, A LIVE MAN UNDER DURESS, WITHOUT PREJUDICE,

TO,

JUDGE GERRARD, U.S. DISTRICT COURT
c/o CLERK OF THE COURT
100 CENTENNIAL MALL, SUITE 587, FEDERAL BUILDING LINCOLN NEBRASKA 68508

NOTICE

PETITIONER, AMBASSADOR Michael Parsons HEREBY GIVES NOTICE THAT THE SALINE COUNTY JAIL HAS REQUESTED I OBTAIN A COURT ORDER TO BE ABLE TO RECEIVE LEGAL MAIL FROM MY WIFE WHO IS IN A FEDERAL (FCI) FACILITY SERVING TIME. MRS. PARSONS AND I HAVE A RIGHT TO COMMUNICATE WHEREAS SHE IS MY ATTORNEY-IN-FACT AND MY WITNESS FOR ANY PENDING TRIAL IN THE MATTER OF UNITED STATES OF AMERICA VS. MICHAEL WAYNE PARSONS 4:17-CR-3038. WHEREAS THE MAIL IS SEARCH, INCOMING AND OUTGOING, THERE IS NO LIGITIMATE REASON TO DENY MY ACCESS TO OFFICIAL CORRESPONDENCE AND OTHERWISE LEGAL MAIL FROM MRS. PARSONS. AS SUCH THE UNWRITTEN AND NEWLY CREATED "POLICY" IS JUST OBSTRUCTION OF JUSTICE TO BENEFIT THEIR PRIVATE FOR PROFIT PRISON SYSTEM. PER ARTICLE 27(2) OF THE VIENNA CONVENTION ON DIPLOMATIC RELATIONS, "THE OFFICIAL CORRESPONDENCE OF THE MISSION SHALL BE INVIOLABLE."

THEREFORE, THE AFORESAID ORDER IS REQUESTED AUTHORIZING MY ABILITY TO RECEIVE LEGAL MAIL AND OFFICIAL CORRESPONDENCE FROM PATRICIA PARSONS.

RESPECTFULLY SUBMITTED, UNDER DURESS WITHOUT PREJUDICE,

AMBASSADOR Michael Parsons, TSILHQOT'IN NATION- COUNTRY OF THE CHILCOTIN

## CERTIFICATE OF SERVICE

PETITIONER, AMBASSADOR Michael Parsons OF THE SOVEREIGN TSILHQOT'IN NATION - COUNTRY OF THE CHILCOTIN, BY SPECIAL APPEARANCE ONLY, CERTIFIES THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND THAT THE FOREGOING HAS BEEN GIVEN TO THE OFFICER FOR PLACEMENT INTO THE INSTITUTIONAL MAIL SYSTEM AT THE SALINE COUNTY JAIL IN WILBER NEBRASKA AND ADDRESSED TO THE CLERK OF THE U.S. DISTRICT COURT, 100 CENTENNIAL MALL SUITE 587 FEDERAL BUILDING, LINCOLN NEBRASKA 68508. PER FEDERAL RULES IS DEEMED FILED TODAY, FEBRUARY 26, 2018.

UNDER DURESS / WITHOUT PREJUDICE

AMBASSADOR Michael Parsons
TSILHQOT'IN NATION - COUNTRY OF THE CHILCOTIN

c/o SALINE COUNTY JAIL, P.O. BOX 911 WILBER NEBRASKA 68465

NOTARY

State of Nebraska - General Notary
ADAM DRAKE
My Commission Expires
January 8, 2019

MY COMMISSION EXPIRES    1-8-19

OFFICIAL CORRESPONDENCE

Saline County Law Enforcement Center
From ~~Inmate~~: AMBASSADOR Michael Parsons
P.O. Box 911
Wilber, NE 68465
* Inmate Mail Uncensored *

PER ARTICLE 27(2) OF THE VIENNA
CONVENTION ON DIPLOMATIC RELATIONS
"THE OFFICIAL CORRESPONDENCE OF
THE MISSION SHALL BE INVIOLABLE."



02 MAR 2018 PM 3  FOREVER
OMAHA NE 680
Barn Swallow

**RECEIVED**

MAR 5 2018

JOHN M. GERRARD
U.S. District Judge

U.S. DISTRICT COURT JUDGE GERRARD
c/o CLERK OF THE COURT
100 CENTENNIAL MALL, SUITE 587, FEDERAL BUILDING
LINCOLN, NEBRASKA 68508

68508-385999