IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL WAYNE PARSONS,<br><br>　　　　　Defendant. | 4:17CR3038<br><br>ORDER |

　　　　Defendant has moved for an order permitting him to receive "legal mail" from his wife who is currently incarcerated in a different federal facility. Defendant claims his wife is his "attorney-in-fact" and "my witness for any trial in this matter." (Filing No. 70).

　　　　Defendant has made no showing that his wife is an attorney licensed to practice in any court in the United States. And even if she is so licensed, she has not entered an appearance as Defendant's attorney in this lawsuit and cannot carry out that responsibility while federally incarcerated. Although Defendant claims his wife is his trial witness, in the context of this criminal case, this wholly conclusory statement cannot support a court order requiring the Marshal to permit communications between Defendant and his incarcerated wife as "legal mail" necessary for trial preparation.

　　　　Accordingly,

　　　　IT IS ORDERED that Defendant's motion, (Filing No. 70), is denied.

March 5, 2018.　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_s/ Cheryl R. Zwart_
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge