FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 MAR -9 PM 3:19

PETITIONER

BY SPECIAL APPEARANCE ONLY

Ambassador Michael Parsons of the Sovereign Tsilhqot'in Nation-Country of the Chilcotin, a live man under duress, without prejudice.

To:

Judge John Gerrard
c/o US District Court Clerk
100 Centennial Mall, Suite 587 Federal Building
Lincoln, Nebraska 68508

NOTICE

Of denial of access to audio/video discovery by the Saline County Jail. I was notified a thumb drive was sent to the Saline Co. Jail on February 09, 2018. To date, February 28, 2018 I have only been allowed access to review the 70+ hours of audio and video on 7 days and still have 50+ hours to review. Also 6 of the video files have the exact same video. Please have the AUSA confirm he has 6 files with the same video or provide missing video, whereas there is no reason to have different files all containing the same video.

Respectfully,

[signature]

Ambassador Michael Parsons
Tsilhqot'in Nation - Country of the Chilcotin
2/28/2018

Saline County Law Enforcement Center
From Inmate: AMBASSADOR Michael Parsons
P.O. Box 911
Wilber, NE 68465
* Inmate Mail Uncensored *

PER ARTICLE 27(2) OF THE VIENNA
CONVENTION ON DIPLOMATIC RELATIONS
"THE OFFICIAL CORRESPONDENCE OF
THE MISSION SHALL BE INVIOLABLE"

OFFICIAL CORRESPONDENCE
LEGAL MAIL

OMAHA NE 680
07 MAR 2018 PM 3  FOREVER USA
Barn Swallow

JUDGE JOHN GERRARD
C/O CLERK OF THE COURT
100 CENTENNIAL MALL, SUITE 587 FEDERAL BUILDING
LINCOLN, NEBRASKA 68508
68508

68508-385999