IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL WAYNE PARSONS, <br><br> Defendant. | 4:17CR3038 <br><br> WITNESS LIST |

Plaintiff submits the following list of witnesses it may call in the above-captioned matter:

1. Monte Czaplewski, FBI, Grand Island, Nebraska

2. Phil Lenz, FBI FBI, Grand Island, Nebraska

3. Kurt Kapperman, Furnas County Sheriff, Arapahoe, Nebraska

4. Anthony Todd Weverka, Arapahoe, Nebraska

5. Matthew James Lovan, Germantown, Tennessee

6. Cory Shelton, Bureau of Alcohol, Tobacco, Firearms and Explosives, Omaha, Nebraska

7. Penny Gregg, Holdrege, Nebraska

8. Daniel Walls, Tipton County Sheriff's Office, Covington, Tennessee

UNITED STATES OF AMERICA, Plaintiff

JOSEPH P. KELLY
United States Attorney
District of Nebraska

By: s/ Jan W. Sharp
JAN W. SHARP (#16934)
Assistant U.S. States Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506
Tel: (402) 661-3700
Fax: (402) 661-3084
E-mail: jan.sharp@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on March 15, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Nebraska by using the CM/ECF system and the same such filing will be hand delivered to the Pro Se Defendant Michael Parsons at a hearing on March 15, 2018 or sent by U.S. Mail in the event said hearing is canceled to:

    Michael Parsons
    30237-047
    Douglas County Correctional Center
    710 S 17th St.
    Omaha, NE 68102

                                        s/Jan W. Sharp
                                        JAN W. SHARP (#16934)
                                        Assistant United States Attorney