IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3038 |
| vs. | |
| MICHAEL WAYNE PARSONS, | ORDER |
| Defendant. | |

The court believes the Omaha courthouse and staffing is better equipped to the law enforcement supervision and custodial options which may be required during this trial. In addition, witnesses for the government and perhaps for Defendant will be arriving by airplane, with more arrivals and departures into Omaha than Lincoln, and counsel for both parties are from Omaha. After conferring Judge Gerrard and with counsel for the parties, under the circumstances presented, the court finds Omaha is the most convenient trial location for Defendant, the witnesses, and the prompt and safe administration of justice. See Fed. R. Crim. P. 18.

Accordingly,

IT IS ORDERED that the trial location for this case is transferred to Omaha.

March 15, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge