IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| United States of America, | |
|---|---|
| Plaintiff, | 4:17-CR-3038 |
| vs. | ORDER |
| Michael Wayne Parsons, | |
| Defendant. | |

This matter is before the Court on the Magistrate Judge's Findings, Recommendations and Orders of February 7, 2018 (filing 51) and the defendant's *pro se* objection (filing 68). The Court has conducted a *de novo* review of the Magistrate Judge's findings and recommendations regarding the defendant's motions to suppress and motions to dismiss, *see* filing 50, and agrees with the Magistrate Judge's conclusion that those motions lack merit. *See* 28 U.S.C. § 636(b)(1)(B); *Branch v. Martin*, 886 F.2d 1043, 1045-46 (8th Cir. 1989). The Court has reviewed the balance of the Magistrate Judge's orders on nondispositive matters, and finds that they were neither clearly erroneous nor contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); *Ferguson v. United States*, 484 F.3d 1068, 1076 (8th Cir. 2007). Accordingly, the findings and recommendations (filing 51) will be adopted and the defendant's objection (filing 68) will be overruled.

The Court has also reviewed the defendant's *pro se* objection (filing 53) to the Magistrate Judge's order of January 23, 2018 (filing 46) regarding discovery issues. Having reviewed that order, the Court finds that it was neither clearly erroneous nor contrary to law. *See* § 636(b)(1)(A); *Ferguson,*

484 F.3d at 1076.[1] In addition, the discovery issues presented have largely been mooted by appointment of defense counsel. *See* filing 87. Accordingly, the defendant's objection (filing 53) will be overruled.

IT IS ORDERED:

1. The defendant's objection (filing 53) is overruled.

2. The Magistrate Judge's findings and recommendations (filing 51) are adopted.

3. The defendant's objection (filing 68) is overruled.

Dated this 19th day of March, 2018.

BY THE COURT:

*(signed)* John M. Gerrard
John M. Gerrard
United States District Judge

---

[1] Although the defendant's objection seeks suppression of evidence, filing 53 at 2, no motion to suppress was before the Magistrate Judge, *see* filing 45. The Magistrate Judge's order addressed only nondispositive matters, so the Court's standard of review is deferential.