IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:17CR3038 |
| | ) | |
| Plaintiff, | ) | ENTRY OF APPEARANCE |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL WAYNE PARSONS, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Donald L. Schense, Attorney at Law, and enters his appearance in the above-captioned matter as counsel for the Defendant. Counsel has been duly appointed pursuant to the CJA to represent this Defendant in this action.

MICHAEL WAYNE PARSONS, Defendant

BY:/S/ DONALD L. SCHENSE
Donald L. Schense, #16928
Law Office of Donald L. Schense
1304 Galvin Road South
Bellevue, NE 68005
(402) 291-8778
Attorney for Defendant
Donald@SchenseLaw.com

CERTIFICATE OF SERVICE

This is to certify that I delivered a copy of the above Entry of Appearance to the U.S. Attorneys Office and all other parties of record by electronically filing this document with the U. S. District Court in Omaha, NE on this 20th day of March 2018.

/S/ DONALD L. SCHENSE