IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL WAYNE PARSONS,

    Defendant.

**4:17CR3038**

**ORDER**

Defendant has orally moved to continue the pretrial motion deadline, (Filing No. 97), and the Rule 17.1 conference because Defendant and defense counsel need additional time to fully review the discovery received before deciding if pretrial motions should be filed. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

    IT IS ORDERED:

    1)     Defendant's motion to continue is granted.

    2)     Pretrial motions and briefs shall be filed on or before May 21, 2018.

    3)     The Rule 17.1 conference is continued and will be held before the undersigned magistrate judge at 3:00 p.m. on May 25, 2018 in Courtroom 1, (Special Proceedings), Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha.

    4)     Trial of this case is continued pending resolution of any pretrial motions filed.

    5)     The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and May 25, 2018 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel

have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

May 7, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge