IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | **4:17CR3038** |
| Plaintiff, | | |
| vs. | | **ORDER** |
| MICHAEL WAYNE PARSONS, | | |
| Defendant. | | |

Defendant has orally moved for release to attend his father's funeral. (Filing No. 99). The government opposes the motion. The court finds that Defendant has consistently stated this court lacks any jurisdiction over him and Defendant believes he need not comply with this court's orders. The Marshal does not have the manpower to supervise Defendant while he travels to and from and attends an out-of-state funeral. Moreover, Defendant has substantial connections with Canada and was travelling to that country when he was arrested.

Under the circumstances presented, the court finds by the preponderance of the evidence that Defendant's release would pose a risk of nonappearance.

Accordingly,

IT IS ORDERED that Defendant's motion for temporary release to attend his father's funeral, (Filing No. 99), is denied.

May 7, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge