IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:17CR3038 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION TO PRODUCE PRIOR |
| | ) | TESTIMONY OF WITNESSES |
| MICHAEL W. PARSONS, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Michael W. Parsons, by and through counsel, in the case identified above, and moves this Court pursuant to discovery obligations for an Order requiring the Plaintiff to provide to the Defendant in advance of trial transcripts of prior sworn testimony, including Grand Jury testimony, provided by any, and all, witnesses that will testify for the Government in this case. This Motion is made as this production of prior testimony is relevant and helpful to the defense of this Defendant and is essential to a fair determination of this matter before this court.

        MICHAEL W. PARSONS, Defendant,
        BY:/S/ DONALD L. SCHENSE
        Donald L. Schense, #16928
        Law Office of Donald L. Schense
        1304 Galvin Road South
        Bellevue, NE  68005
        (402) 291-8778
        Attorney for Defendant

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above Motion was served on the below by E-FILING, on the 23rd day of May, 2018, addressed to the following:

Jan Sharp, AUSA
United States Attorney's Office
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506

        /S/ DONALD L. SCHENSE