IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL WAYNE PARSONS,

    Defendant.

4:17CR3038

ORDER

A Rule 17.1 conference was held today, Defendant, his counsel, and counsel for the government were present. At the time of the conference, Defendant had the following six pretrial Motions pending:

| Filing No. | Motion |
|---|---|
| Filing No. 105 | Motion to Produce Prior Sworn Testimony |
| Filing No. 106 | Motion to Produce Fed R Ev 404(b) Evidence |
| Filing No. 107 | Motion to Produce and Allow Testimony of Stanley Stump, Sr. |
| Filing No. 108 | Motion to Suppress |
| Filing No. 109 | Motion in Limine |
| Filing No. 110 | Motion in Limine |

The government concedes Filing 105. The government does not oppose deposing Stanley Stump, Sr., but reserves the right to argue the testimony is not relevant. Defendant needs to amend Filings 110 and 108, and he needs to submit additional evidence in support of Filing 108.

Accordingly,

IT IS ORDERED:

1) Defendant's motion, (Filing No. 105), is granted.

2) Defendant's motion, (Filing No. 107), is granted insofar as it permits Defendant to depose Stanley Stump, Sr. Defense counsel shall coordinate with my chambers to set up and record this deposition using Skype for Business.

3) Defendant's amended Filings 110 and 108, and his additional evidence in support of Filing 108 shall be filed on or before June 8, 2018. The warrant, warrant application, and warrant return at issue are attached hereto.

4) The government's response to Filings 106, 108, 109 and 110 shall be filed on or before June 25, 2018.

5) Trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom of the United States Courthouse, Omaha, Nebraska, at 9:00 a.m. on August 6, 2018, or as soon thereafter as the case may be called, for a duration of five (5) trial days. Jury selection will be held at commencement of trial.

May 25, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge