IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3038 |
| vs. | |
| MICHAEL WAYNE PARSONS, | ORDER |
| Defendant. | |

Defendant has filed a pro se motion to dismiss. (Filing No. 116). Defendant is represented by an attorney, and any arguments as to the case merits must be made by and through his attorney.

Accordingly,

IT IS ORDERED:

1) Pending further order of the court, the government need not respond to Defendant's pro se motion to dismiss, (Filing No. 116).

2) Defendant's attorney shall confer with Defendant, and if following those discussions, they believe the court must address the arguments presented in Defendant's pro se motion to dismiss, Defendant's attorney shall raise the arguments in a formal motion to dismiss signed and filed by Defendant's attorney.

3) If on or before June 8, 2018, Defendant's attorney has not filed the motion to dismiss on Defendant's behalf, the pro se motion will be denied without further notice.

May 30, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge