IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 4:17CR3038 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | AMENDED MOTION IN LIMINE |
| MICHAEL W. PARSONS, | ) | |
| Defendant. | ) | |

Comes now the Defendant, Michael W. Parsons, by and through counsel, Donald L. Schense and moves this Court for an Order prohibiting the Government from referring to or using, in any way whatsoever, information concerning or evidence of certain prior acts or allegations to wit:

1. Reference to evidence that on January 11, 2017, FBI in Grand Island, Nebraska were apparently contacted by the Memphis, Tennessee FBI advising that a trace of Parson's cell phone activity led them to believe that the Defendant was in the vicinity of Apapahoe Airport in Furnas County, Nebraska. This is hearsay that should not be allowed.

2. In February 2017 a confidential human source (CHS), a bounty hunter in New Orleans, contacted the FBI concerning his discussions and dealings with Chief Judge Sue Holland of the Universal Supreme Court of the Tsilhqot'in Nation who desired to arrest a judge and sheriff pursuant to Court Orders and to effectuate the release of Ambassador Michael W. Parsons. This too is hearsay and should not be allowed.

3. Refer to certain state statutes from the state of Tennessee that the Government proposes to do during their case in chief. The prosecution desires to have the Court take judicial notice of the statutes and then instruct the jury on them.

Allowing the Government to place these matters before the jury would be so prejudicial as to deny the Defendant his right to a fair trial and due process of law under the Fifth and Fourteenth Amendments of the United States Constitution and the corresponding provisions of the Federal Rules of Evidence.

4. Specifically, the Government should be precluded from introducing any evidence regarding the above noted references pertaining to this Defendant.

5. The proffered evidence is irrelevant in that it does not tend to make a fact more or less probable and must therefore be excluded.

MICHAEL W. PARSONS, Defendant,
By: /S/ DONALD L. SCHENSE
Donald L. Schense, #16928
Law Office of Donald L. Schense
1304 Galvin Road South
Bellevue, NE 68005
(402) 291-8778
Attorney for the Defendant

CERTIFICATE OF SERVICE

This is to certify that I filed through ECF the above Motion in Limine and had the same served to the United States Attorney, this 8th day of June, 2018.

/S/DONALD L. SCHENSE