IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MICHAEL WAYNE PARSONS, Defendant. | 4:17CR3038 **ORDER** |

Defendant, who is represented by counsel, filed a pro se motion to dismiss. (Filing No. 116). Defense counsel has not timely adopted or re-filed this motion to dismiss on Defendant's behalf. (See Filing No. 117).

Accordingly,

IT IS ORDERED that Defendant's pro se motion to dismiss, (Filing No. 116), is deemed withdrawn.

June 12, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge