IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA | ) | 4:17CR3038 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | MOTION FOR LEAVE TO |
| | ) | ADOPT OUT OF TIME |
| MICHAEL W. PARSONS, | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Michael W. Parsons, by and through counsel, and requests leave to adopt out of time Filing No. 116. Undersigned counsel and the Defendant have discussed this matter and counsel now feels compelled to adopt the pro se motion previously filed by the Defendant with the Court. The Defendant is adamant that an adoption be completed. Counsel has called AUSA Jan Sharp on today's date and left a voicemail regarding this Motion along with other matters pertaining to this litigation.

MICHAEL W. PARSONS, Defendant,

BY:S/DONALD L. SCHENSE
Donald L. Schense, #16928
Law Office of Donald L. Schense
1304 Galvin Road South
Bellevue, NE  68005
(402) 291-8778
Attorney for Defendant

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above Motion was served on Jan Sharp, AUSA, and all parties of record, by e-filing, on this 13th day of June, 2018.

S:/DONALD L. SCHENSE