IN THE COUNTY COURT OF FURNAS COUNTY, NEBRASKA

| | | |
|---|---|---|
| STATE OF NEBRASKA | ) | CASE NO. _____ |
|     Plaintiff | ) | AFFIDAVIT AND APPLICATION |
| Vs. | ) | FOR ISSUANCE OF A |
| | ) | SEARCH WARRANT |
| MICHAEL PARSONS | ) | |
|     Defendant | ) | |

STATE OF NEBRASKA    )
                       ) ss.
COUNTY OF FURNAS    )

COMES NOW, Sheriff Kurt Kapperman and being first duly sworn, deposes and states as follows:

That I am Sheriff of the Furnas County Sheriff's Office, Furnas County, Nebraska.

That this affiant has just and reasonable grounds to believe and does believe, that Michael Wayne Parsons was in physical control of the aircraft and flew and landed the same plane at the Arapahoe Airport which is located in Furnas County Nebraska while he was a wanted fugitive from the law.

That Furnas County Sheriff's Office was advised by the Federal Bureau of Investigation that Michael Parsons is a felon and was wanted out of Tennessee for weapon charges and should be considered armed and dangerous.

That at this time it is unknown the true ownership of the plane or the contents within it which may contain evidence and plans of Michael Parsons intent to elude prosecution in Tennessee, and or a felon in possession of weapons.

That the located aircraft tail numbers have been covered to conceal their identity from a distance, however upon close inspection number N6403W can be distinguished.

That the aircraft in question is a 1964 piper pa 28-140 Fixed wing single engine, white and blue in color, with obscured wing number N6403W

That at this time the plane has been abandoned in the north aircraft hangar at the Arapahoe Airport in Furnas County Nebraska,

That forensic evidence is needed to provide a positive identification of who was previously was in physical control of the aircraft.

Based upon the information that has been given, your affiant believes that the above-described aircraft located in the North Hanger at the Arapahoe Airfield in Furnas County Nebraska contains forensic evidence of the last person who was in physical control of the aircraft.

WHEREFORE, he prays that a Search Warrant may be issued according to law authorizing a search the above listed aircraft for any and all forensic evidence including but not limited to fingerprint, DNA and hair follicle, any and all flight plans and ownership papers of the aircraft and any and all evidence of any other crime.

Respectfully submitted,

                                                Affiant: Sheriff Kurt Kapperman

Subscribed and sworn before me on this 13th day of January, 2017.

GENERAL NOTARY - State of Nebraska
JENNIFER C RICKERT
My Comm. Exp. Sept. 6, 2017

                                        Jennifer C Rickert
                                        Notary Public

GOVERNMENT EXHIBIT 1
U.S. v. Michael Parsons - 4:17CR3038

000068