IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:17CR3038 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | MOTION FOR EXTENSION |
| | ) | TO FILE OBJECTIONS |
| MICHAEL W. PARSONS, | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Michael W. Parsons, by and through counsel, and requests an extension until July 13, 2018 in which to file objections to Document #125. Undersigned counsel received and reviewed Document#125 on July 3, 2018 and was out of the office until July 6, 2018. On that date counsel saw the Defendant at DCCC and provided him copies of both the Government Brief (Document#124) and Document#125. Counsel and the Defendant still require additional time to discuss these matters and determine objections to be filed. This Motion is not meant to hinder or delay these proceedings.

MICHAEL W. PARSONS, Defendant,

BY:S/DONALD L. SCHENSE
Donald L. Schense, #16928
Law Office of Donald L. Schense
1304 Galvin Road South
Bellevue, NE  68005
(402) 291-8778
Attorney for Defendant

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above Motion was served on Jan Sharp, AUSA, and all parties of record, by e-filing, on this 10th day of July, 2018.

S:/DONALD L. SCHENSE