IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>MICHAEL WAYNE PARSON,<br><br>              Defendant. | 4:17CR3038<br><br>NOTICE OF APPEARANCE |

    Jody B. Mullis, hereby enters his appearance as Assistant United States Attorney on behalf of the United States in the above-captioned case.

    Please direct all future pleadings and correspondence to the undersigned.

              UNITED STATES OF AMERICA, Plaintiff

              JOSEPH P. KELLY
              United States Attorney
              District of Nebraska

            By:    s/ Jody B. Mullis
                  JODY B. MULLIS, #6305852
                  Assistant U.S. Attorney
                  1620 Dodge Street, Suite 1400
                  Omaha, NE  68102-1506
                  Tel:  (402) 661-3700
                  Fax:  (402) 661-3084
                  E-mail: jody.mullis@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on July 26, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the all parties associated with this case

              s/ Jody B. Mullis
              Assistant U.S. Attorney