GREETING CLERK OF THE COURT    RE. 4:17 CR-3038

PLEASE FILE THE FOLLOWING,

1. NOTIFICATION OF RESERVATION OF RIGHTS
2. NOTICE OF DECLARATION OF LEGAL STATUS AND CHARACTER

AND SERVE A COPY ELECTRONICALLY TO THE U.S. ATTORNEY JAN SHARP AND RETURN (1) FILE STAMPED COPY TO ME,

THANKS

V.C...

AMBASSADOR Michael Parsons
TSILHQOT'IN NATION - COUNTRY OF THE CHILCOTIN

RECEIVED
AUG 06 2018
CLERK
U.S. DISTRICT COURT
LINCOLN

## Notification of reservation of rights

UCC 1-308/UCC1-207

THIS IS A PUBLIC COMMUNICATION TO ALL

Let it be known to all that I Michael Parsons, a live man, Ambassador of the Tsilhqot'in Nations-Country of the Chilcotin hereby reserve all of my rights UCC 1-308, which was formally UCC 1-207 and let it be known by all that all actions commenced against me, my property or family are in violation of

1. The Vienna Convention on Diplomatic Relations Article 22, 29, 30, 31 and 39
2. Title 18 USC §1116(a)(b) (2) (3) (4) and §1201(a)(4) recognizing that I am entitled to special protection against attack upon my freedom or dignity, **irrespective of recognition by the United States**
3. Title 18 USC §242 Deprivation of rights under color of law
4. Title 18 USC §241 Conspiracy against rights
5. The Montevideo Convention on Rights and Duties of States Article 1 and 3.
6. The Constitution for the united States of America

Wherefore all have undeniable knowledge, notice to agent is notice to principle and notice to principle is notice to agent.

## Affidavit

I Michael Parsons, a live man, child of god and of the sovereign people of America hereby states the foregoing is true and correct to the best of my knowledge.

*[signature]*

Ambassador Michael Parsons, Tsilhqot'in Nations-Country of the Chilcotin
9160 Hwy 64 Suite 12 #213 Lakeland TN [38002]

*[signature]*
NOTARY

My commission expires on ___12-23-18___

*[Notary stamp: GENERAL NOTARY - State of Nebraska, ASHLEY K JONES, My Comm. Exp. Dec. 23, 2018]*

NOTICE OF DECLARATION OF LEGAL STATUS AND CHARACTER

GREETINGS TO ALL PUBLIC OFFICIALS:

I Michael Wayne Parsons, A LIVING FLESH AND BLOOD MAN AND AMBASSADOR OF THE SOVEREIGN TSILHQOT'IN NATION - COUNTRY OF THE CHILCOTIN ALSO APPOINTED AS AN ASSOCIATE CHIEF JUSTICE OF THE UNIVERSAL SUPREME COURT OF THE TSILHQOT'IN DO HEREBY SERVE NOTICE OF DECLARATION OF MY LEGAL STATUS AND CHARACTER PURSUANT TO, 15 STATUTES -AT- LARGE 249, 1868 AND PRESIDENTIAL (1999) EXECUTIVE ORDER 13132 (CONDITION PRECEDENT JUNE 26, 2016) AND THERETO, FOREGO ALL BENEFITS, PRIVILEGES AND IMMUNITIES AFFORDED U.S. CITIZENS AND RESIDENTS BY THE CORPORATE GOVERNMENT OF THE UNITED STATES. I RESERVE ALL OF MY GOD GIVEN UNALIENABLE RIGHTS INCLUDING THOSE RECOGNIZED BY THE DECLARATION OF INDEPENDENCE, BILL OF RIGHTS, THE ORGANIC CONSTITUTION FOR THE UNITED STATES AND INTERNATIONAL LAW AND TREATIES. I ALSO RESERVE MY INHERENT RIGHT TO CONTRACT OR NOT TO CONTRACT TO THE EXTENT THAT MY STATUS IS NOT ALTERED IN ANY MANNER. THE INTENT OF THIS NOTICE OF DECLARATION IS THAT OF CLARIFICATION OF EXPATRIATION FROM AND REBUTTING ANY AND ALL PRESUMPTION OF ANY CONNECTION TO, CONTRACT WITH OR OBLIGATION TO THE CORPORATION KNOWN AS; THE UNITED STATES, DBA, UNITED STATES OF AMERICA AND U.S. MY LEGAL STATUS AND CHARACTER IS AS A LIVING FLESH AND BLOOD MAN. I AM NOT THE ALL CAPITOL LETTER JURISTIC PERSON AND AS SUCH AM OUTSIDE OF YOUR STATUTORY JURISDICTION. MY ALLEGIANCE IS TO MY CREATOR AND HEAVENLY FATHER TO CARE FOR HIS CREATION (EARTH) ITS ANIMALS AND TEACHING MY FELLOW MAN AND WOMAN TO BE INDEPENDANT, SELF SUFFICIENT AND SELF GOVERNING. I AM ALIEN TO YOUR CORPORATION POSING AS GOVERNMENT. THIS NOTICE OF DECLARATION SHALL BE CONSIDERED ACCEPTED WITHIN THE DOCTRINE OF ESTOPPEL BY ACQUIESCENCE, THIRTY (3) DAYS FROM DATE,

2/12/2018.

AMBASSADOR TSILHQOT'IN NATION
COUNTRY OF THE CHILCOTIN

State of Nebraska - General Notary
ADAM DRAKE
My Commission Expires
January 8, 2019

NOTARY

MY COMMISSION EXPIRES  1-8-19

Ambassador Michael Parsons
Printed Name

( 3501687 ) ( 4/15 )
Data #     Module #

Douglas County
DEPARTMENT OF CORRECTIONS
710 SOUTH 17TH STREET
OMAHA, NEBRASKA 68102

July 30, 2018

OMAHA NE 680
02 AUG 2018 PM 4
FOREVER USA
Barn Swallow

U.S. DISTRICT COURT CLERK
100 CENTENNIAL MALL NORTH
LINCOLN, NEBRASKA 68508

68508-385999




THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016