IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, Plaintiff, vs. MICHAEL WAYNE PARSONS, Defendant. | 4:17CR3038 AMENDED LIST OF EXHIBITS Courtroom Deputy: Click here to enter text Court Reporter: Click here to enter text |
|---|---|

Trial Date(s): 8/28/2018-

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
| 1 | | | LAR15 CM 75496 | | | | | |
| 2 | | | Gun Bag | | | | | |
| 3 | | | 300 Blackout Upper | | | | | |
| 4 | | | Bag w/AimPoint Optical Sight/BiPod/Metal Sight and Rail | | | | | |
| 5 | | | Bag w/Magazines x 3-Unloaded | | | | | |
| 6 | | | Ammunition Box | | | | | |
| 7 | | | Ammobiz 300 Blackout 50 Rounds | | | | | |
| 8 | | | 5.56 x 45 MM x 20 Rounds | | | | | |
| 9 | | | Alexander Aviation Policy Information | | | | | |
| 10 | | | Hangar Rental Receipt | | | | | |
| 11 | | | Tsilhqot'in Nation Diplomat Card | | | | | |
| 12 | | | Photo of Arapahoe Airport | | | | | |
| 13 | | | Photo of Michael Wayne Parsons | | | | | |
| 14 | | | Photo of Country of Chilcotin Identification and Papers | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 15 | | | Photo of Application for Tennessee Driver's License | | | | | |
| 16 | | | Photo of Passenger Side of Plane | | | | | |
| 17 | | | Photo of Pilot's Side of Plane | | | | | |
| 18 | | | Photo of Plane with "No Trespassing" Sign | | | | | |
| 19 | | | Photo of Plane from Front-Close-Up of Cabin | | | | | |
| 20 | | | Photo of Place with Door Open | | | | | |
| 21 | | | Photo of Plane Interior from Front Seat | | | | | |
| 22 | | | Photo of Plane Interior Top View of Rear Storage | | | | | |
| 23 | | | Photo of Plane Interior Showing Blankets and Gun Case | | | | | |
| 24 | | | Photo of Plane Interior Showing Gun Case | | | | | |
| 25 | | | Photo of Plane Interior Showing Empty Rear Compartment | | | | | |
| 26 | | | Photo of Items Removed from Plane | | | | | |
| 27 | | | Photo Close-Up of LAR 15 CM 75496 | | | | | |
| 28 | | | Photo Close-Up of Open Ammunition Box | | | | | |
| 29 | | | Photo of Tsilhqot'in Diplomat Banner | | | | | |
| 30 | | | Photo of Tennessee Tint Co. Invoice | | | | | |
| 31 | | | Certified Copy of Tipton County, Tennessee Judgment in Case Number 6030 for Michael W. Parsons | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 32 | | | Tennessee Statute § 39-13-102 defining Aggravated Assault effective to June 8, 2009 | | | | | |
| 33 | | | Tennessee Statute § 40-35-11 defining authorized sentences effective July 1, 2007, to August 10, 2010 | | | | | |
| 34 | | | Gun Trace Summary | | | | | |
| 35 | | | Excerpt of recorded telephone call placed from Phelps County Corrections to Pat Parson on or about 1/13/17 @ 19:20 hours | | | | | |
| 36 | | | Excerpt of recorded telephone call placed from Phelps County Corrections to Holland on or about 1/13/17 @ 19:43 hours | | | | | |
| 37 | | | Excerpt of recorded telephone call placed from Phelps County Corrections to Holland on or about 1/25/17 @ 13:08 hours | | | | | |
| 38 | | | Cory Shelton Curriculum Vitae | | | | | |
| 39 | | | Two page Gun Book Report involving LAR15 CM 75496 | | | | | |
| 40 | | | ATF Form 4473 involving LAR15 CM 75496 | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

|   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |   |

**OBJECTIONS**
**R: Relevancy**
**H: Hearsay**
**A: Authenticity**
**O: Other (specify)**

        UNITED STATES OF AMERICA, Plaintiff

        JOSEPH P. KELLY
        United States Attorney
        District of Nebraska


By:    s/ Jan W. Sharp
        JAN W. SHARP (#16934)
        Assistant U.S. Attorney
        1620 Dodge Street, Suite 1400
        Omaha, NE 68102-1506
        Tel:  (402) 661-3700
        Fax:  (402) 661-3084
        E-mail: jan.sharp@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on August 21, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.  I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: NONE.


        s/ Jan W. Sharp
        Assistant U.S. Attorney