IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>MICHAEL WAYNE PARSONS,<br><br>                    Defendant. | 4:17CR3038<br><br>AMENDED WITNESS LIST |

Plaintiff submits the following list of witnesses it may call in the above-captioned matter:

1. Monte Czaplewski, FBI, Grand Island, Nebraska

2. Phil Lenz, FBI, Grand Island, Nebraska

3. Kurt Kapperman, Furnas County Sheriff, Arapahoe, Nebraska

4. Anthony Todd Weverka, Arapahoe, Nebraska

5. Matthew James Lovan, Germantown, Tennessee

6. Cory Shelton, Bureau of Alcohol, Tobacco, Firearms and Explosives, Omaha, Nebraska

7. Penny Gregg, Holdrege, Nebraska

8. Daniel Walls, Tipton County Sheriff's Office, Covington, Tennessee

9. Debbie Davenport, Kimberly, Alabama

                                      UNITED STATES OF AMERICA, Plaintiff
                                      JOSEPH P. KELLY
                                      United States Attorney
                                      District of Nebraska

                    By:    s/ Jan W. Sharp
                           JAN W. SHARP (#16934)
                           Assistant U.S. Attorney
                           1620 Dodge Street, Suite 1400
                           Omaha, NE 68102-1506
                           Tel:  (402) 661-3700
                           Fax:  (402) 661-3084
                           E-mail: jan.sharp@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on August 21, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.  I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: NONE.

      s/ Jan W. Sharp
      Assistant U.S. Attorney