IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| United States of America, | |
|---|---|
| Plaintiff, | 4:17-CR-3038 |
| vs. | ORDER |
| Michael Wayne Parsons, | |
| Defendant. | |

This matter is before the Court on the defendant's objection (filing 128) to the Magistrate Judge's Findings and Recommendation (filing 125) recommending that the defendant's motion to suppress (filing 108) and motion to dismiss (filing 116) be denied. Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court has conducted a careful and thorough *de novo* review of the Magistrate Judge's findings and recommendation, and agrees that the motions should be denied. Accordingly,

IT IS ORDERED:

1. The defendant's objection (filing 128) is overruled.

2. The Magistrate Judge's findings and recommendations (filing 125) are adopted.

3. The defendant's motion to suppress (filing 108) is denied.

4. The defendant's motion to dismiss (filing 116) is denied.

Dated this 22nd day of August, 2018.

BY THE COURT:

_____
John M. Gerrard
United States District Judge