IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL WAYNE PARSONS,<br><br>    Defendant. | 4:17CR3038<br><br>GOVERNMENT'S PROPOSED<br>VOIR DIRE QUESTIONS |

COMES NOW the United States of America, by and through the undersigned

Assistant U.S. Attorney, Jan W. Sharp, and hereby submits these proposed voir dire questions

in anticipation of the August 28, 2018, jury trial in the above-captioned matter:

**Question 1:**

Is anyone a member, or was formerly a member, of any organization that advocates for

or against firearms ownership or firearms use?

Follow-up questions to Question 1 for any positive responses:

- What organization did you belong to?

- When were you a member of the organization?

- If you are no longer a member, why did you stop being a member?

**Question 2:**

If the defendant represents himself during the trial, does anyone believe that they will

hold the Government to a higher burden than instructed by this Court?

**Question 3:**

If the defendant represents himself, would you expect the defendant to follow the same rules of court as any other attorney participating in the trial, including the Government's attorneys?

Respectfully submitted,

UNITED STATES OF AMERICA, Plaintiff

JOSEPH P. KELLY
United States Attorney
District of Nebraska

By:     s/ Jan W. Sharp
        JAN W. SHARP (#16934)
        Assistant U.S. Attorney
        1620 Dodge Street, Suite 1400
        Omaha, NE 68102-1506
        Tel:  (402) 661-3700
        Fax:  (402) 661-3084
        E-mail: jan.sharp@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 27, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.  I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: NONE.

s/ Jan W. Sharp
Assistant U.S. Attorney