IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL WAYNE PARSONS,<br><br>                Defendants. | 4:17CR3038<br><br>GOVERNMENT'S PROPOSED AMENDED JURY INSTRUCTION NO. 1 |

     COMES NOW the United States of America and proposes the attached Amended Jury Instruction No. 1 in the above-captioned case.

                                  UNITED STATES OF AMERICA, Plaintiff

                                  JOSEPH P. KELLY
                                  United States Attorney
                                  District of Nebraska

            By:    s/ Jan W. Sharp
                      JAN W. SHARP (#16934)
                      Assistant U.S. Attorney
                      1620 Dodge Street, Suite 1400
                      Omaha, NE 68102-1506
                      Tel:  (402) 661-3700
                      Fax:  (402) 661-3084
                      E-mail: jan.sharp@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on August 30, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.  I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: NONE.

                                    s/ Jan W. Sharp
                                    Assistant U.S. Attorney

## **GOVERNMENT'S PROPOSED AMENDED JURY INSTRUCTION NO. 1**

It is a crime for a felon to possess a firearm as charged in Count 1 of the indictment. This crime has three elements, which are:

One, the defendant had been convicted of a crime punishable by imprisonment for more than one year;

Two, after that, the defendant knowingly possessed a firearm and/or ammunition, that is a Rock River 5.56 LAR 15 assault rifle and ~~637 rounds of ammunition (87 rounds of .223 ammunition further identified as Light Armor Piercing ammunition and 550 rounds of .300 Blackout~~ ammunition; and

Three, the firearm or ammunition was transported across a state line at some time during or before the defendant's possession of it.

You are instructed that aggravated assault is a crime punishable by imprisonment for more than one year under the laws of the State of Tennessee.

If you have found beyond a reasonable doubt that the firearm in question was manufactured in a state other than Nebraska and that the defendant possessed that firearm in the state of Nebraska, then you may, but are not required to, find that it was transported across a state line.

The term "firearm" means any weapon, (including a starter gun), which will, or is designed to, or may be readily converted to, expel a projectile by the action of an

explosive.  *A firearm does not need to be operable to constitute a firearm so long as it otherwise meets the definition set forth above.*[1]

If all of these elements have been proved beyond a reasonable doubt then you must find the defendant guilty of the crime charged; otherwise you must find him not guilty.

<u>Manual of Model Criminal Jury Instructions for the District Courts of the Eighth Circuit</u>, 6.18.922A
<u>Manual of Model Criminal Jury Instructions for the District Courts of the Eighth Circuit</u>, 3.09

---

[1] <u>United States v. Maddix</u>, 96 F.3d 311, 316 (8th Cir. 1996)