IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

MICHAEL WAYNE PARSONS,

          Defendant.

**WITNESS LIST**

Case No.   4:17CR3038
Deputy:    Kathy Miller
Reporters: Rogene Schroder and
               Lisa Grimminger
Dates:     August 28-30, 2018

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Daniel Walls | 8/28/2018 |
| Anthony Todd Weverka | 8/28/2018 |
| Kurt Kapperman | 8/28/2018, 8/29/2018 |
| Penny Gregg | 8/29/2018 |
| Monte Czaplewski | 8/29/2018 |
| Debra Davenport | 8/29/2018 |
| Matthew Lovan | 8/29/2018 |
| Cory Shelton | 8/29/2018, 8/30/2018 |

FOR DEFENDANT:

| Name | Date |
|---|---|
| Mark Anderson | 8/30/2018 |
| Michael Parsons | 8/30/2018 |