IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MICHAEL WAYNE PARSONS,

        Defendant.

4:17CR3038

LIST OF EXHIBITS

Courtroom Deputy: Kathy Miller
Court Reporters: Rogene Schroder and Lisa Grimminger

Trial Dates: 8/28/2018-8/30/2018

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
| 1 | | | LAR15 CM 75496 | X | Filing 108 | X | | 8/29/18 |
| 2 | | | Gun Bag | X | Filing 108, R, F | X | | 8/29/18 |
| 3 | | | 300 Blackout Upper | X | Filing 108, R, F | X | | 8/29/18 |
| 4 | | | Bag w/AimPoint Optical Sight/BiPod/Metal Sight and Rail | X | Filing 108, R, F | X | | 8/29/18 |
| 5 | | | Magazine - Unloaded | X | Filing 108, R, F | X | | 8/29/18 |
| 6 | | | Ammunition Box | X | Filing 108 R, F | X | | 8/29/18 |

| 7 | | | Ammobiz 300 Blackout 50 Rounds | X | Filing 108, R, F | X | | 8/29/18 |
|---|---|---|---|---|---|---|---|---|
| 8 | | | 5.56 x 45 MM x 20 Rounds | X | Filing 108, R, F | X | | 8/29/18 |
| 9 | | | Alexander Aviation Policy Information | X | Filing 108, H | X | | 8/29/18 |
| 10 | | | Hangar Rental Receipt | X | Filing 108, R, F, H | X | | 8/29/18 |
| 11 | | | Tsilhqot'in Nation Diplomat Card | X | | X | | 8/29/18 |
| 12 | | | Photo of Arapahoe Airport | X | | X | | 8/28/18 |
| 13 | | | Photo of Michael Wayne Parsons | | | | | |
| 14 | | | Photo of Country of Chilcotin Identification and Papers | X | | X | | 8/29/18 |
| 15 | | | Photo of Application for Tennessee Driver's License | X | | X | | 8/29/18 |
| 16 | | | Photo of Passenger Side of Plane | X | F | X | | 8/28/18 |
| 17 | | | Photo of Pilot's Side of Plane | X | F | X | | 8/28/18 |
| 18 | | | Photo of Plane with "No Trespassing" Sign | X | F | X | | 8/28/18 |
| 19 | | | Photo of Plane from Front-Close-Up of Cabin | X | R | X | | 8/29/18 |
| 20 | | | Photo of Place with Door Open | X | R | X | | 8/29/18 |
| 21 | | | Photo of Plane Interior from Front Seat | X | R, F | X | | 8/29/18 |
| 22 | | | Photo of Plane Interior Top View of Rear Storage | X | R, F | X | | 8/29/18 |
| 23 | | | Photo of Plane Interior Showing Blankets and Gun Case | X | R, F | X | | 8/29/18 |

| 24 | | | Photo of Plane Interior Showing Gun Case | X | R, F | X | | 8/29/18 |
|---|---|---|---|---|---|---|---|---|
| 25 | | | Photo of Plane Interior Showing Empty Rear Compartment | X | R, F | X | | 8/29/18 |
| 26 | | | Photo of Items Removed from Plane | X | R, F | X | | 8/29/18 |
| 27 | | | Photo Close-Up of LAR 15 CM 75496 | X | R, F, cumulative | X | | 8/29/18 |
| 28 | | | Photo Close-Up of Open Ammunition Box | X | R, F | X | | 8/29/18 |
| 29 | | | Photo of Tsilhqot'in Diplomat Banner | X | | X | | 8/29/18 |
| 30 | | | Photo of Tennessee Tint Co. Invoice | X | R, F | X | | 8/29/18 |
| 31 | | | Certified Copy of Tipton County, Tennessee Judgment in Case Number 6030 for Michael W. Parsons | X | A, F, H, R | X | | 8/28/18 |
| 32 | | | Tennessee Statute § 39-13-102 defining Aggravated Assault effective to June 8, 2009 | X – judicial notice only | R | X | | 8/30/18 |
| 33 | | | Tennessee Statute § 40-35-11 defining authorized sentences effective July 1, 2007, to August 10, 2010 | X – judicial notice only | R | X | | 8/30/18 |
| 34 | | | Gun Trace Summary | | | | | |
| 35 | | | Excerpt of recorded telephone call placed from Phelps County Corrections to Pat Parson on or about 1/13/17 @ 19:20 hours | X | R, F, H | X | | 8/29/18 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 35A | | | Transcript of recorded telephone call placed from Phelps County Corrections to Pat Parson on or about 1/13/17 @ 19:20 hours | X | R, F, H | | X | 8/29/18 |
| 36 | | | Excerpt of recorded telephone call placed from Phelps County Corrections to Holland on or about 1/13/17 @ 19:43 hours | X | R, F, H | X | | 8/29/18 |
| 36A | | | Transcript of recorded telephone call placed from Phelps County Corrections to Holland on or about 1/13/17 @ 19:43 hours | X | R, F, H | | X | 8/29/18 |
| 37 | | | Excerpt of recorded telephone call placed from Phelps County Corrections to Holland on or about 1/25/17 @ 13:08 hours | X | R, F, H | X | | 8/29/18 |
| 37A | | | Transcript of recorded telephone call placed from Phelps County Corrections to Holland on or about 1/25/17 @ 13:08 hours | X | R, F, H | | X | 8/29/18 |
| 38 | | | Cory Shelton Curriculum Vitae | | | | | |
| 39 | | | Two page Gun Book Report involving LAR15 CM 75496 | | | | | |
| 40 | | | ATF Form 4473 involving LAR15 CM 75496 | X | R, F | X | | 8/29/18 |
| | | | | | | | | |
| | | | | | | | | |
| | | | DEFENSE EXHIBITS | | | | | |
| | 101 | | Michael Wayne Parsons identification card | X | | X | | 8/28/18 |
| | 102 | | Notice of Impoundment | X | | X | | 8/29/18 |
| | 103 | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 104 | | Online Nonimmigrant Visa Application - Confirmation | X – Offer of proof only | R | X | 8/29/18 |
| | 105 | | Affidavit of [Michael Wayne Parsons] and Offer of Proof | X – Offer of proof only | R | X | 8/29/18 |
| | 106 | | Photo of Plane | X | | X | 8/29/18 |
| | 107 | | Medicine Person/Traditional Leader Certificate of Mike Parsons | X – Offer of Proof only | R | X | 8/29/18 |
| | 108 | | Notification of reservation of rights | X – Offer of Proof only | R | X | 8/30/18 |
| | 109 | | Affidavit of Clete Webster | X – Offer of Proof only | R | X | 8/30/18 |
| | 110 | | Affidavit of Patricia Parsons (1/24/17) | X – Offer of Proof only | R | X | 8/30/18 |
| | 111 | | Affidavit of Patricia Parsons (2/8/18) | X – Offer of Proof only | R | X | 8/30/18 |

| | 112 | | Affidavit of Clete Webster (8/31/17) | X – Offer of Proof only | R | X | | 8/30/18 |
|---|---|---|---|---|---|---|---|---|
| | 113 | | Reasons for Judgment dated 3/8/94 | X – Offer of proof only | R | X | | 8/30/18 |
| | 114 | | Letter dated 3/15/15 to Zsuzsanna Hegedus-Holland | X – Offer of proof only | R | X | | 8/30/18 |
| | 115 | | Application dated 3/26/18 | X – Offer of proof only | R | X | | 8/30/18 |
| | 116 | | Submission of points and authorities | X – Offer of Proof only | R | X | | 8/30/18 |
| | 117 | | Reasons for judgment | X – Offer of proof only | R | X | | 8/30/18 |
| | 118 | | Amended order | X – Offer of proof only | R | X | | 8/30/18 |

| 119 | | Letter to whom it may concern dated 1/30/17 | X – Offer of proof only | R | X | | 8/30/18 |
| 120 | | Tsilhqot'in Nation's letter of appointment dated 12/13/15 | X – Offer of proof only | R | X | | 8/30/18 |
| 121 | | Notice to the Court dated 3/12/16 | X – Offer of proof only | R | X | | 8/30/18 |

**OBJECTIONS**
**R: Relevancy**
**H: Hearsay**
**A: Authenticity**
**O: Other (specify)**

7