IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 AUG 30 PM 5:52
OFFICE OF THE CLERK

| | |
|---|---|
| United States of America, | |
| Plaintiff, | 4:17-CR-3038 |
| vs. | VERDICT FORM |
| Michael Wayne Parsons, | |
| Defendant. | |

## Possession of a Firearm or Ammunition by a Felon

Find one of the following:
(Place an 'X' beside one, **but only one**, of the two statements).

___X___ A. We find the defendant, Michael Wayne Parsons, guilty beyond a reasonable doubt of being a felon in possession of a firearm or ammunition, under Instruction # 8.

_____ B. We find the defendant, Michael Wayne Parsons, not guilty of being a felon in possession of a firearm or ammunition, under Instruction # 8.

## EXECUTION OF VERDICT FORM

The foreperson shall sign and date the verdict form, and such signature shall mean that the verdict of the jury was unanimous.

Dated this 30th day of August, 2018.

_____
FOREPERSON