FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 AUG 30 PM 5: 52
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL WAYNE PARSONS,<br><br>        Defendant. | Case No. 4:17CR3038<br><br>RECEIPT FOR RETURNED EXHIBITS |

Pursuant to NECivR 79.1(f)(1) or NECrimR 55.1(g), I acknowledge receipt of the following exhibits offered into evidence in this case.

Exhibit Nos. 1 through 12, 14 through 33, 35 through 37A, 40 from Jury Trial held on August 28-30, 2018.

I further acknowledge that I am responsible for maintaining these exhibits in their present condition or state until this case is no longer subject to appellate review. Until that time, I understand that I must produce these exhibits if opposing counsel, the court, or the clerk so requests. Finally, I acknowledge that I may be subject to sanctions for failure to abide by the provisions of Rule 79.1(f)(1) or Rule 55.1(g).

Once the case is no longer subject to appellate review, I understand that I may destroy these exhibits without further authorization.

Counsel of Record for Plaintiff

DATED: 8/30/18

BY: [signature]