Petitioner

By Special Appearance Only

Ambassador Michael Parsons of the sovereign Tsilhqot'in Nation-Country of the Chilcotin, A live man under duress without prejudice, held hostage against my will by the UNITED STATES OF AMERICA.

Clerk of the court
U.S. District Court
111 South 18 Plaza #1152
Omaha, Nebraska [68102]

**RE: 4:17-cr-3038 Trial of August 28-30 in the special court with Judge John Gerrard.**

Greetings Clerk of the U.S. District Court,

Please return to following to me in care of the Douglas County Jail 710 South 17th Street Omaha Nebraska [68102] as soon as possible. Time is of the essence.

1. Return of my original 8 ½" x 11" Ordination from the Native American Church of Nemenhah.
2. Return of my original 8 ½" x 11" color Tsilhqot'in Nation-Country of Chilcotin Status Card.
3. A copy of the entire Audio of the August 28th - 30th trial.
4. A copy of the in court video of the assault upon me by the U.S. Marshal who testified at trial claiming to be Mark Anderson but who is referred to as one Kent Dorfman by his supervisor Bill Biddings.

END.

Certificate of Service

Petitioner Ambassador Michael Parsons of the sovereign Tsilhqot'in Nation-Country of the Chilcotin, by special appearance only certifies that this demand as a matter of right for the above listed items in no way confers jurisdiction upon any UNITED STATES corporation posing as a court nor is it a waiver of any right. The forgoing has been placed into the institutional mail system at the Douglas County Jail in Omaha Nebraska, addressed to the Clerk of the U.S. District Court at 111 South 18 Plaza #1152 Omaha, Nebraska [68102] today September 25, 2018.

Sincerely,

V.C.

Ambassador Michael Parsons
Tsilhqot'in Nation-Country of the Chilcotin
Embassy mail: 9160 Hwy. 64, Suite 12 #213 Lakeland, TN [38002]

c/o Douglas County Jail 710 South 17th Street Omaha Nebraska [68102]

RECEIVED

OCT 1 - 20

CLERK

OFFICIAL CORRESPONDENCE
SEPTEMBER 25, 2018

AMBASSADOR Michael Parsons
Printed Name

( JO1687 ) ( K-11 )
Data #    Module #

Douglas County
DEPARTMENT OF CORRECTIONS
710 SOUTH 17TH STREET
OMAHA, NEBRASKA 68102

OMAHA NE 680
27 SEP 2018 PM 2 L

CLERK OF THE COURT
U.S. DISTRICT COURT
111 SOUTH 18 PLAZA # 1152
OMAHA, NEBRASKA [68102]

RECEIVED
OCT 1 -

68102$1322 C016