IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:17CR3038 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE TO COURT |
| | ) | |
| MICHAEL W. PARSONS, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Donald L. Schense attorney for the Defendant, Michael W. Parsons, and hereby gives the following Notice to the Court and all parties of record:

1. On September 5, 2018 undersigned counsel went to the Douglas County Correctional Center to deliver to the jail the U.S. Probation packet along with a letter from counsel, both of which were to be personally delivered to the Defendant. The Defendant received the packet and letter. He refused to complete the packet and to send it back to U.S. Probation.

2. On October 30, 2018 undersigned counsel again went to the Douglas County Correctional Center to have delivered to the Defendant a copy of counsel's Objections to the PreSentence Report. The following day, October 31, 2018, counsel was notified by staff at the jail that the Defendant refused to accept the materials (Objections to PSR) provided by counsel. The materials were sent back to counsel from jail staff.

3. On November 5, 2018 undersigned counsel made arrangements with the Douglas County Correctional Center to go to the jail and see the Defendant. Counsel desired to discuss all matters with the Defendant, and specifically, the PreSentence Report along with the Objections to the PreSentence Report filed on the Defendant's behalf. Also to be discussed were sentencing procedures and strategy. When counsel arrived at the jail for the visit jail staff advised that the

Defendant would not meet with counsel and had said to the effect, "I don't know that man. I will not meet with him and have nothing to talk to him about". Counsel left the jail.

4. Because of the Defendant's actions undersigned counsel has had no contact with the Defendant regarding sentencing issues relative to this litigation. Counsel believes this to be detrimental to the Defendant's interests. Sentencing in this matter is scheduled for December 7, 2018 at 9:30a.m. In spite of the Defendant's actions counsel will nonetheless make arrangements again to go to the jail prior to that date to discuss all of above noted matters with the Defendant.

5. Undersigned counsel deemed it prudent, reasonable and necessary to advise the Court and Mr. Sharp of the above. There should be no ambiguity or misunderstanding regarding efforts made and expended on behalf of this client by counsel to assist him in these most serious matters.

MICHAEL W. PARSONS, Defendant,

BY:S/DONALD L. SCHENSE
Donald L. Schense, #16928
Law Office of Donald L. Schense
1304 Galvin Road South
Bellevue, NE  68005
(402) 291-8778
Attorney for Defendant

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above Notice to the Court was served on Jan Sharp, AUSA, and all parties of record, by e-filing, on this 9th day of November, 2018.

S:/DONALD L. SCHENSE