IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:17CR3038 |
| | ) | |
| Plaintiff, | ) | |
| | ) | STATEMENT REGARDING |
| vs. | ) | REVISED PRESENTENCE |
| | ) | INVESTIGATION REPORT |
| MICHAEL W. PARSONS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the Defendant, through counsel, in the case identified above and pursuant to NECrimR. 32.1(b) concerning the implementation of the sentencing procedures under the Sentencing Reform Act, the Defendant hereby submits that he does not waive his right to offer additional evidence or testimony concerning the materials provided in the Revised Presentence Investigation Report, or to rebut evidence presented by the Government at the sentencing hearing. The Defendant does not adopt the information and materials previously objected to and contained within the Revised Presentence Investigation Report. Additionally, the Defendant does not waive his right to offer argument at the sentencing hearing, or to rebut or address all issues raised by the Plaintiff.

RESPECTFULLY SUBMITTED,
/S/ DONALD L. SCHENSE
Donald L. Schense, #16928
Law Office of Donald L. Schense
1304 Galvin Road South
Bellevue, NE 68005
(402) 291-8778

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Pleading was served upon Jan Sharp, Assistant U.S. Attorney, and the U.S. Probation Office, by electronic filing on this 28th day of November, 2018.

/S/ DONALD L. SCHENSE