IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

               Plaintiff,

   vs.

MICHAEL WAYNE PARSONS,

               Defendant.

**WITNESS LIST**

Case No.   4:17CR3038
Deputy:    Kathy Miller
Reporter:  Lisa Grimminger
Date:      December 07, 2018

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Monte Czaplewski | 12/07/2018 |
|  |  |
|  |  |

FOR DEFENDANT:

| Name | Date |
|---|---|
|  |  |
|  |  |