IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

MICHAEL WAYNE PARSONS,

           Defendant.

**EXHIBIT LIST**

Case No.    4:17CR3038
Deputy:     Kathy Miller
Reporter:   Lisa Grimminger
Date:       December 07, 2018

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 41 | | | CD - recording of call on 1/13/2017 | X | Completeness, A | X | | 12/07/2018 |
| 41A | | | Transcript of call on 1/13/2017 | X | Completeness, A | X | | 12/07/2018 |
| 42 | | | Certified copy of Judgment in Case No. 9058 | X | A | X | | 12/07/2018 |
| | 122 | | Copy of 11/30/18 letter of Mail Referral Unit | X | | X | | 12/07/2018 |
| | 123 | | Copy of Indictment for Felony Failure to Appear | X | | | X | 12/07/2018 |

**OBJECTIONS**
    R: Relevancy
    H: Hearsay
    A: Authenticity
    O: Other (specify)

1