FILED
U. S. DISTRICT COURT
DISTRICT OF HEBRASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

2018 DEC -7  AM 11: 50

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>MICHAEL WAYNE PARSONS,<br><br>            Defendant. | Case No. 4:17CR3038<br><br>RECEIPT FOR RETURNED EXHIBITS |

    Pursuant to NECivR 79.1(f)(1) or NECrimR 55.1(g), I acknowledge receipt of the following exhibits offered into evidence in this case.

    Exhibit Nos. 122 and 123 from sentencing hearing held on 12/07/2018

    I further acknowledge that I am responsible for maintaining these exhibits in their present condition or state until this case is no longer subject to appellate review. Until that time, I understand that I must produce these exhibits if opposing counsel, the court, or the clerk so requests. Finally, I acknowledge that I may be subject to sanctions for failure to abide by the provisions of Rule 79.1(f)(1) or Rule 55.1(g).

    Once the case is no longer subject to appellate review, I understand that I may destroy these exhibits without further authorization.

                                                                Counsel of Record for <u>Defendant</u>

                                                                DATED: 7 Dec 2018

                                                                 BY: _____