FILED
U. S. DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA   2018 DEC -7  AM 11: 50

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

MICHAEL WAYNE PARSONS,

                Defendant.

Case No. 4:17CR3038

RECEIPT FOR RETURNED EXHIBITS

       Pursuant to NECivR 79.1(f)(1) or NECrimR 55.1(g), I acknowledge receipt of the following exhibits offered into evidence in this case.

       Exhibit numbers 2 and 3 from Detention/Motion to Compel hearings held 12/20/2017

       I further acknowledge that I am responsible for maintaining these exhibits in their present condition or state until this case is no longer subject to appellate review.  Until that time, I understand that I must produce these exhibits if opposing counsel, the court, or the clerk so requests.  Finally, I acknowledge that I may be subject to sanctions for failure to abide by the provisions of Rule 79.1(f)(1) or Rule 55.1(g).

       Once the case is no longer subject to appellate review, I understand that I may destroy these exhibits without further authorization.

Jan Sharp<br>
Counsel of Record for Plaintiff<br><br>
DATED:____12/7/18_____<br><br>
BY:_____