FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2018 DEC -7 AM 11: 50

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 4:17CR3038 |
| vs. | RECEIPT FOR RETURNED EXHIBITS |
| MICHAEL WAYNE PARSONS, | |
| Defendant. | |

Pursuant to NECivR 79.1(f)(1) or NECrimR 55.1(g), I acknowledge receipt of the following exhibits offered into evidence in this case.

Exhibit Nos. 101, 102, and 104 through 121 from Jury Trial held on August 28-30, 2018.

I further acknowledge that I am responsible for maintaining these exhibits in their present condition or state until this case is no longer subject to appellate review. Until that time, I understand that I must produce these exhibits if opposing counsel, the court, or the clerk so requests. Finally, I acknowledge that I may be subject to sanctions for failure to abide by the provisions of Rule 79.1(f)(1) or Rule 55.1(g).

Once the case is no longer subject to appellate review, I understand that I may destroy these exhibits without further authorization.

Counsel of Record for Defendant

DATED: 7 Dec 2018

BY: *[signature]*