IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:17CR3038 |
| | ) | |
| Plaintiff, | ) | Honorable John M. Gerrard |
| | ) | District Court Chief Judge |
| vs. | ) | |
| | ) | NOTICE OF APPEAL |
| MICHAEL W. PARSONS, | ) | |
| | ) | |
| Defendant. | ) | |

Notice is hereby given that Michael W. Parsons, appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment and Commitment entered in this action on December 7, 2018.

MICHAEL W. PARSONS, Defendant,

BY:/S/DONALD L. SCHENSE
Donald L. Schense, #16928
Law Office of Donald L. Schense
1304 Galvin Road South
Bellevue, NE  68005
(402) 291-8778
Attorney for Defendant

TRANSCRIPT ORDER FORM

Please prepare a Transcript of all trial and sentencing proceedings.

CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this Notice of Appeal/transcript order form have been filed/served upon U.S. District Court, court reporter, and all counsel of record, on December 9, 2018 by electronically filing with the Clerk of the District Court, and that satisfactory arrangements for payment of cost of transcripts ordered have been made with the court reporter (FRAP 10(b)).

Method of payments:  Criminal Justice Act

Attorney's signature: /S/ DONALD L. SCHENSE          Date: December 9, 2018
            Donald L. Schense, Attorney

INFORMATION SHEET

1. Defendant's Address: Douglas County Correctional Center, Omaha, NE/BOP

2. Date of Trial Verdict:	August 30, 2018

   Date of Sentence:	December 7, 2018

   Offenses:	Felon in Possession of a Firearm 18 U.S.C. 922.  **Guilty.**

3. Sentence and Date Imposed:	December 7, 2018

4. Appealing: Conviction, Verdict and Sentence

5. Date Trial Transcript ordered by Counsel or District Court: December 7, 2018.

   Stenographer in Charge:	Lisa Grimminger
   Address:	111 South 18th Plaza
   	Omaha, Nebraska 68102
   Phone:	402-661-7309

6. Trial Counsel and Sentencing Counsel was court appointed pursuant to CJA.

7. Assistant U.S. Attorney Name and Phone Number:	AUSA Jan Sharp
   	1620 Dodge St., Suite 1400
   	Omaha, NE 68102-1506
   	(402) 661-3700

COURT REPORTER ACKNOWLEDGMENT
_____

_____  _____   _____Date
Order received    Estimated Completion Date    Estimated Number of Pages

_____   _____
Court Reporter's Signature                       Date