U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOTICE OF APPEAL (NOA) SUPPLEMENT
**DISTRICT OF NEBRASKA**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

**Caption**:                                             **Case Number**:

USA v. Parsons                                           4:17-cr-03038-JMG-CRZ

**Appellant**:

Michael Wayne Parsons

**Attorney(s)**:

Donald L. Schense
LAW OFFICE OF DONALD L. SCHENSE
1304 Galvin Road South
Bellevue, NE 68005
(402) 291-8778

**Appellee:**

USA

**Attorney(s)**:

Jan W. Sharp
Jody B. Mullis
U.S. ATTORNEY'S OFFICE - OMAHA
1620 Dodge Street
Suite 1400
Omaha, NE 68102-1506
(402) 661-3700

**Court Reporter(s)**:

Rogene Schroder
Lisa Grimminger

**Please return files and documents to**:

Lincoln

**Person to contact about the appeal**:

Lindsey Olson

| Length of Trial | Fee | IFP | Pending IFP |
|---|---|---|---|
| 3 Days | N | Y | N |

| Counsel | Pending Motions | Local Interest | Simultaneous Release? |
|---|---|---|---|
| Appointed | N | N | N |

**Criminal Cases/Prisoner Pro Se Cases only**:

**Is defendant incarcerated?** Y

**Where?** BOP

**Please list all other defendants in this case if there were multiple defendants**
N/A

**Special Comments**:

Forms-Appeal-NOA_Supplement
Approved Date: 12/22/14