18-3669  United States v. Michael Parsons

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 12/14/2018

**Case Name:**    United States v. Michael Parsons
**Case Number:**  18-3669

**Docket Text:**
CRIMINAL case docketed. [4736398] [18-3669]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

Mr. Michael Wayne Parsons
CORECIVIC
30237-047
100 Highway Terrace
Leavenworth, KS  66048-0000

**Notice will be electronically mailed to:**

Ms. Lisa Grimminger: Lisa_Grimminger@ned.uscourts.gov
Ms. Denise M. Lucks: docket@ned.uscourts.gov
Ms. Jody Mullis: jody.mullis@usdoj.gov,
carrie.morrill@usdoj.gov,usane.ecfcriminal@usdoj.gov,caseview.ecf@usdoj.gov
Mr. Donald Lee Schense: donald@schenselaw.com
Ms. Rogene Schroder: roschrod79@yahoo.com
Mr. Jan W. Sharp: jan.sharp@usdoj.gov,
amy.donato@usdoj.gov,usane.ecfcriminal@usdoj.gov,caseview.ecf@usdoj.gov