# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 18-3669
_____

United States of America

Plaintiff - Appellee

v.

Michael Wayne Parsons

Defendant - Appellant

_____

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:17-cr-03038-JMG-1)
_____

**JUDGMENT**

Before GRUENDER, KELLY, and ERICKSON, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

January 07, 2020

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans