# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-3669

United States of America

Appellee

v.

Michael Wayne Parsons

Appellant

_____

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:17-cr-03038-JMG-1)

_____

**MANDATE**

In accordance with the opinion and judgment of 01/07/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 29, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit