# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-3669

United States of America

Appellee

v.

Michael Wayne Parsons

Appellant

---

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:17-cr-03038-JMG-1)

---

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

March 05, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans